B1 (Official Form 1) (12/11)

| United States Bankruptcy Court | Case #: 9:12-bk-10671-RR |
|---|---|
| **United States Bankruptcy Court**<br>*CENTRAL DISTRICT OF CALIFORNIA* | **Voluntary Petition** |

| Name of Debtor (If individual, enter Last, First, Middle):<br>*Murray, William R.* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Murray, Jerrie L.* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Bill R. Murray* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Jennie L. Murray* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **6099** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **4946** |
| Street Address of Debtor (No. & Street, City, and State):<br>*3550 Alisos Road*<br>*Arroyo Grande, CA*  ZIPCODE *93420* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*3550 Alisos Road*<br>*Arroyo Grande, CA*  ZIPCODE *93420* |
| County of Residence or of the<br>Principal Place of Business: *San Luis Obispo* | County of Residence or of the<br>Principal Place of Business: *San Luis Obispo* |
| Mailing Address of Debtor (if different from street address):<br>*PO BOX 1640*<br>*Pismo Beach, CA*  ZIPCODE *93448* | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*  ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *NOT APPLICABLE*  ZIPCODE | |

| Type of Debtor (Form of organization)<br>(Check one box.)<br><br>☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above<br>entities, check this box and state type of<br>entity below | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box)<br><br>☐ Chapter 7  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12       of a Foreign Nonmain Proceeding<br>☒ Chapter 13 |
|---|---|---|

|  |  | Nature of Debts (Check one box)<br><br>☒ Debts are primarily consumer debts, defined   ☐ Debts are primarily<br>in 11 U.S.C. § 101(8) as "incurred by an         business debts.<br>individual primarily for a personal, family,<br>or household purpose" |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br><br>_____ | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Chapter 11 Debtors:<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>owed to insiders or affiliates) are less than $2,190,000 . |
|---|---|---|

| Filing Fee (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (12/11)

FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *William R. Murray* and *Jerrie L. Murray* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X _____  03/02/2012 |
| | Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)    FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*William R. Murray and*<br>*Jerrie L. Murray* |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _William R. Murray_<br>Signature of Debtor<br><br>X _Jerrie L. Murray_<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>03/02/2012<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed name of Foreign Representative)<br><br>_____<br>(Date) |
| **Signature of Attorney**<br><br>X _Michael B. Clayton_<br>Signature of Attorney for Debtor(s)<br><br>Michael B. Clayton 151678<br>Printed Name of Attorney for Debtor(s)<br><br>Michael B. Clayton And Associates<br>Firm Name<br><br>400 E. Orange St<br>Address<br><br>Santa Maria, CA  93454<br><br>805 928-5353<br>Telephone Number<br><br>03/02/2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | X _____<br><br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Santa Maria                    , California.

                                                            Debtor  William R. Murray

Dated  03/02/12

                                                            Joint Debtor  Jerrie L. Murray

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re *William R. Murray   and Jerrie L. Murray*

Case No.  *9:12-bk-10671-RR*
Chapter  *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $      440,000.00 | | |
| B-Personal Property | Yes | 3 | $       11,755.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $      608,586.36 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $       12,185.02 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $      136,464.67 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $        6,651.71 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $        5,947.84 |
| TOTAL | | 32 | $      451,755.00 | $      757,236.05 | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re *William R. Murray   and Jerrie L. Murray*

Case No. *9:12-bk-10671-RR*

Chapter *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  12,185.02 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  12,185.02 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  6,651.71 |
| Average Expenses (from Schedule J, Line 18) | $  5,947.84 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $  3,184.33 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  168,586.36 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $  12,185.02 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  0.00 |
| 4. Total from Schedule F | | $  136,464.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  305,051.03 |

FORM B6A (Official Form 6A) (12/07)

In re _William R. Murray  and Jerrie L. Murray_ _____ ,      Case No._9:12-bk-10671-RR_
                        Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Residence located at 3550 Alisos Rd., Arroyo Grande, CA 93420_ | _Fee Simple_ | C | $ 440,000.00 | $ 440,000.00 |
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules.) | | _440,000.00_ | |

B6B (Official Form 6B) (12/07)

In re <u>William R. Murray  and Jerrie L. Murray</u> ,     Case No. <u>9:12-bk-10671-RR</u>
            Debtor(s)                                                             (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand<br>Location: In debtor's possession | C | $ 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank<br>Arroyo Grande Branch, CA<br>Savings Account<br>Location: In debtor's possession | C | $ 400.00 |
| | | US Bank<br>Arroyo Grande Branch, CA<br>Silver Elite Checking Account<br>Location: In debtor's possession | C | $ 1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings for 4 bedroom House<br>Location: In debtor's possession | C | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing apparel for a family of 2<br>Location: In debtor's possession | C | $ 300.00 |
| 7.  Furs and jewelry. | | Variety of gold jewelry<br>Location: In debtor's possession | C | $ 400.00 |

Page <u>1</u> of <u>3</u>

B6B (Official Form 6B) (12/07)  Case 9:12-bk-10671-DS    Doc 9    Filed 03/02/12    Entered 03/02/12 16:17:26    Desc
Main Document        Page 9 of 72

Case No. *9:12-bk-10671-RR*
(if known)

In re *William R. Murray  and Jerrie L. Murray* ,
Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance for Husband through Metlife $7,0000 upon death only no cash value Location: In administrator's possession* | C | $ 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | *A Better Choice Tax Preparation and Bookkeping Services*  *Location: In debtor's possession* | C | $ 1.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re William R. Murray  and Jerrie L. Murray                    ,     Case No. 9:12-bk-10671-RR
               Debtor(s)                                                                         (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1999 Mercury Grand Marquis 50k Good Condition<br>Location: In debtor's possession<br><br>2001 Ford Focus 105k Fair Condition<br>Location: In debtor's possession | C<br><br><br>C | $ 4,600.00<br><br><br>$ 2,803.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | A Riding Lawn Mower<br>Location: In debtor's possession | C | $ 200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  3  of  3                                    Total ➤    $ 11,755.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _William R. Murray_  and _Jerrie L. Murray_ _____,    Case No. _9:12-bk-10671-RR_
                    Debtor(s)                                                      (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand | Calif. C.C.P. §703.140(b)(5) | $ 50.00 | $ 50.00 |
| US Bank - Savings Account | Calif. C.C.P. §703.140(b)(5) | $ 400.00 | $ 400.00 |
| US Bank - Silver Elite Checking Account | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 1,000.00 |
| Household goods and furnishings for 4 bedroom House | Calif. C.C.P. §703.140(b)(3) | $ 2,000.00 | $ 2,000.00 |
| Wearing apparel for a family of 2 | Calif. C.C.P. §703.140(b)(3) | $ 300.00 | $ 300.00 |
| Variety of gold jewelry | Calif. C.C.P. §703.140(b)(3) | $ 400.00 | $ 400.00 |
| Life Insurance for Husband through Metlife | Calif. C.C.P. §703.140(b)(5) | $ 1.00 | $ 1.00 |
| A Better Choice Tax Preparation and Bookkeping Services | Calif. C.C.P. §703.140(b)(5) | $ 1.00 | $ 1.00 |
| 1999 Mercury Grand Marquis 50k Good Condition | Calif. C.C.P. §703.140(b)(2) Calif. C.C.P. §703.140(b)(5) | $ 3,525.00 $ 1,075.00 | $ 4,600.00 |
| 2001 Ford Focus 105k Fair Condition | Calif. C.C.P. §703.140(b)(5) | $ 2,803.00 | $ 2,803.00 |
| A Riding Lawn Mower | Calif. C.C.P. §703.140(b)(5) | $ 200.00 | $ 200.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re <u>William R. Murray  and Jerrie L. Murray</u>,                    Case No. <u>9:12-bk-10671-RR</u>
                              **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| **Account No:** 7435102165<br>*Creditor # : 1*<br>*GMAC Mortgage*<br>*3451 Hammond Avenue*<br>*Waterloo IA 50702* | C | 01/2005<br>*1st Mortgage*<br>*Residence located at 3550 Alisos Rd., Arroyo Grande, CA 93420*<br><br>Value: $ 440,000.00 | | | | $ 453,689.36 | $ 13,689.36 |
| **Account No:** 7435102165<br>*Representing:*<br>*GMAC Mortgage* | | *Executive Trustee Services LLC*<br>*2255 North Ontario Street*<br>*Ste 400*<br>*Burbank CA 91504*<br><br>Value: | | | | | |
| **Account No:** 1002339356<br>*Creditor # : 2*<br>*Specialized Loan Services*<br>*8742 Lucent Blvd. Ste 300*<br>*Littleton CO 80129* | C | 08/2005<br>*2nd Mortgage*<br>*Residence located at 3550 Alisos Rd., Arroyo Grande, CA 93420*<br><br>Value: $ 440,000.00 | | | | $ 154,897.00 | $ 154,897.00 |

No continuation sheets attached

|  | Subtotal $<br>(Total of this page) | $ 608,586.36 | $ 168,586.36 |
|---|---|---|---|
|  | Total $<br>(Use only on last page) | $ 608,586.36 | $ 168,586.36 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re William R. Murray  and Jerrie L. Murray                                           ,          Case No. 9:12-bk-10671-RR
                              Debtor(s)                                                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re _William R. Murray  and Jerrie L. Murray_____ ,  Case No. _9:12-bk-10671-RR_
                    **Debtor(s)**                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *2011-828609*<br>*Creditor # : 1*<br>*Department of Finance Tax*<br>*700 H Street,*<br>*Rm 1710*<br>*Sacramento CA 95814* | C | *2011*<br>*personal property taxes*<br>*Assessee: Grandpa's Fudge /*<br>*Parcel #27-0250-01-0000-*<br>*2335* | | | | $ 120.14 | $ 120.14 | $ 0.00 |
| Account No: *047261024*<br>*Creditor # : 2*<br>*Frank L. Freitas*<br>*1055 Monterey Street*<br>*Rm D-290*<br>*San Luis Obispo CA 93408* | C | *2012*<br>*Property Tax*<br>*for 2012* | | | | $ 2,417.15 | $ 2,417.15 | $ 0.00 |
| Account No: *100539689*<br>*Creditor # : 3*<br>*State Board of Equalization*<br>*111 East Navajo Drive Ste 100*<br>*Salinas CA 93906* | C | *2011*<br>*Tax debt* | | | | $ 9,647.73 | $ 9,647.73 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal $ (Total of this page) | 12,185.02 | 12,185.02 | 0.00 |
|---|---|---|---|---|
|  | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 12,185.02 | | |
|  | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 12,185.02 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _William R. Murray_  and _Jerrie L. Murray_ _____ ,    Case No. _9:12-bk-10671-RR_
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.  H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    8250560000137653  Creditor # : 1  Action Professionals  591 12th Street  Paso Robles CA 93446 | | 2006-02-27  Unsecured debt  Original Creditor: Ccpc/clinical Lab | | | | $ 459.00 |
| Account No.    4170960000201906  Creditor # : 2  Action Professionals  591 12th Street  Paso Robles CA 93446 | | 2009-10-22  Unsecured debt  Original Creditor: Ccpc/clinical Lab | | | | $ 404.00 |
| Account No.    1103056000142105  Creditor # : 3  Action Professionals  591 12th Street  Paso Robles CA 93446 | | 2006-05-25  Medical Bill  Original Creditor: Central Coast Pathol | | | | $ 88.00 |
| Account No.    4160960000199393  Creditor # : 4  Action Professionals  591 12th St  Paso Robles CA 93446 | | 2009-09-22  Medical Bill  Original Creditor: Coast Radiology | | | | $ 80.00 |

_18_ continuation sheets attached

|  |  |
|---|---|
| Subtotal $ | $ 1,031.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  *William R. Murray  and  Jerrie L. Murray*                    ,        Case No.  *9:12-bk-10671-RR*
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    12140860000193163<br>Creditor # : 5<br>Action Professionals<br>591 12th Street<br>Paso Robles CA 93446 | | 2009-06-10<br>Medical Bill<br>Original Creditor: Central Coast<br>Emerge | | | | $ 40.00 |
| Account No:    142849<br>Creditor # : 6<br>Action Professionals, Inc<br>PO BOX 2600<br>Paso Robles CA 93447 | C | 2012<br>Unsecured debt<br>re: Several | | | | $ 250.43 |
| Account No:    xxx-xx-4946<br>Creditor # : 7<br>American Epress - Blue<br>PO BOX 981540<br>El Paso TX 79998 | C | 1990<br>  unsecured debt | | | | $ 11,000.00 |
| Account No:    xxx-xx-4946<br>Creditor # : 8<br>American Express - Green<br>PO BOX 981540<br>El Paso TX 79998 | C | 19990<br>Unsecured debt | | | | $ 6,000.00 |
| Account No:    6099<br>Creditor # : 9<br>Appliance Central Cabinets<br>235 Tank Farm Rd<br>San Luis Obispo CA 93401 | C | 04/2008<br>Unsecured debt | | | | $ 909.52 |
| Account No:    K24571474<br>Creditor # : 10<br>Arroyo Grande Community Hosp<br>File #749375<br>Los Angeles CA 90074 | C | 07/2011<br>Medical Bill<br>acct. #AG0015443936 | | | | $ 59.79 |

Sheet No.  *1*  of   *18*  continuation sheets attached to Schedule of                        Subtotal $ | $ 18,259.74
Creditors Holding Unsecured Nonpriority Claims                                                   Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William R. Murray_ and _Jerrie L. Murray_ _____,   Case No. _9:12-bk-10671-RR_
                     **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   K20233762<br>Creditor # : 11<br>Arroyo Grande Community Hosp<br>File #749375<br>Los Angeles CA 90074 | C | 07/2009<br>Medical Bill<br>acct. #V012252501 / The Credit Bureau Packet #0424303-12 | | | | $ 148.39 |
| Account No:   K20233762<br>Representing:<br>Arroyo Grande Community Hosp | | The Credit Bureau<br>1666 Ramona Avenue<br>Grover Beach CA 93483 | | | | |
| Account No:   V007668996<br>Creditor # : 12<br>Arroyo Grande Community Hosp<br>PO BOX 6010<br>Arroyo Grande CA 93421 | C | 11/2005<br>Medical Bill | | | | $ 3,643.00 |
| Account No:   K24795410<br>Creditor # : 13<br>Arroyo Grande Community Hosp<br>File #749375<br>Los Angeles CA 90074 | C | 08/2011<br>Medical Bill<br>acct. # AG0015500085 and AG0015519819 | | | | $ 124.12 |
| Account No:   K24795410<br>Representing:<br>Arroyo Grande Community Hosp | | Arroyo Grande Community Hospit<br>722 E. Main St<br>Ste 201<br>Santa Maria CA 93456 | | | | |
| Account No:   K22209845<br>Creditor # : 14<br>Arroyo Grande Community Hospti<br>File #79375<br>Los Angeles CA 90074 | C | 06/2010<br>Medical Bill<br>acct. # V013058369 | | | | $ 73.09 |

Sheet No.  2  of   18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,988.60

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William R. Murray   and Jerrie L. Murray_____,   Case No. _9:12-bk-10671-RR_____
          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  K22209845<br><br>*Representing:*<br>*Arroyo Grande Community Hospti* | | *Arroyo Grande Community Hosp.*<br>*722 E. Main Street*<br>*Ste 201*<br>*Santa Maria CA 93456* | | | | |
| Account No:    963157<br>*Creditor # : 15*<br>*AWA Collections*<br>*PO BOX 6605*<br>*Orange CA 92863* | | *2008-12-18*<br>*Unsecured debt*<br>*Original Creditor: Automobile Club* | | | | $ 76.00 |
| Account No:   4888931992850649<br>*Creditor # : 16*<br>*Bank Of America*<br>*Po Box 1598*<br>*Norfolk VA 23501* | | *2005-10-19*<br>*Unsecured debt*<br>*Acct. 4888931203742544* | | | | $ 2,860.00 |
| Account No:   217541-20-120925-3<br>*Creditor # : 17*<br>*Beneficial*<br>*PO BOX 60101*<br>*City of Industry CA 91716-0101* | | *2010-08-18*<br>*Unsecured debt*<br>*Asset Acceptance Acct. #41918735* | | | | $ 9,441.00 |
| Account No:   217541-20-120925-3<br><br>*Representing:*<br>*Beneficial* | | *Asset Acceptance, LLC*<br>*PO BOX 2036*<br>*Warren MI 48090-2023* | | | | |
| Account No:   217541-20-120925-3<br><br>*Representing:*<br>*Beneficial* | | *Central Credit Servcies*<br>*PO BOX 15118*<br>*Jacksonville FL 32239* | | | | |

Sheet No.  _3_  of  _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 12,377.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re *William R. Murray  and  Jerrie L. Murray* _____ ,    Case No. *9:12-bk-10671-RR* _____
                       **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *217541-20-120925-3*<br><br>*Representing:*<br>*Beneficial* | | | *Firsource Advantage LLC*<br>*PO BOX 628*<br>*Buffalo NY 14240* | | | | |
| Account No:   *xxx-xx-4946*<br>*Creditor # : 18*<br>*Beth Agron*<br>*528 Via Vaquero*<br>*Arroyo Grande CA 93420* | C | | *2009*<br>*personal loan* | | | | $ 12,000.00 |
| Account No:   *xxx-xx-4946*<br>*Creditor # : 19*<br>*Bottom Line Books*<br>*PO BOX 361014*<br>*Des Moines IA 50336* | C | | *2011*<br>*Unsecured debt* | | | | $ 47.94 |
| Account No:   *4862367139450284*<br>*Creditor # : 20*<br>*Cap One*<br>*Po Box 85520*<br>*Richmond VA 23285* | | | *2006-11-28*<br>*Unsecured debt*<br>*Northland acct. #F64372989* | | | | $ 2,061.00 |
| Account No:   *4862367139450284*<br><br>*Representing:*<br>*Cap One* | | | *Northland Group Inc*<br>*PO BOX 390846*<br>*Minneapolis MN 55439* | | | | |
| Account No:   *4862367139450284*<br><br>*Representing:*<br>*Cap One* | | | *Allied Interstate*<br>*PO BOX 60024*<br>*City of Industry CA 91716* | | | | |

Sheet No.   *4*  of   *18*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal $     $ 14,108.94

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   – Cont.

In re <u>William R. Murray   and Jerrie L. Murray</u>                    ,          Case No. <u>9:12-bk-10671-RR</u>
                     **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    4115-077030123857 Creditor # : 21 Captial One Bank PO BOX 71083 Charlotte NC 28272 | C | 2010 Unsecured debt | | | | $ 2,213.91 |
| Account No.    12A0453579 Creditor # : 22 CB of San Luis Obispo 1666 Ramona Avenue Grover Beach CA 93433 | | 2008-07-28 Medical Bill Original Creditor: Med Plus Med Center | | | | $ 67.00 |
| Account No.    12A0420706 Creditor # : 23 CB of San Luis Obispo 1666 Ramona Avenue Grover Beach CA 93433 | | 2007-04-10 Medical Bill Original Creditor: Halcyon Laser Surg | | | | $ 610.00 |
| Account No.    200099618 Creditor # : 24 CCPC Clinical Lab PO BOX 8139 San Luis Obispo CA 93403 | C | 05/2010 Medical Bill | | | | $ 346.21 |
| Account No.    200099618 Representing: CCPC Clinical Lab | | Action Professionals Credit Bu 591 12th Street Paso Robles CA 93446 | | | | |
| Account No.    200008975 Creditor # : 25 CCPC Clinical Lab PO BOX 8139 San Luis Obispo CA 93403 | C | 2008/12 Medical Bill | | | | $ 188.00 |

Sheet No. __5__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 3,425.12
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William R. Murray   and  Jerrie L. Murray_ ,                    Case No. _9:12-bk-10671-RR_
               **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  168135 <br> Creditor # : 26 <br> Central Coast Pathology <br> PO BOX 8139 <br> San Luis Obispo CA 93403 | C | 11/03/2005 <br> Medical Bill | | | | $ 61.00 |
| Account No:  168135 <br> Representing: <br> Central Coast Pathology | | Action Professionals Credit Bu <br> 591 12th Street <br> Paso Robles CA 93446 | | | | |
| Account No:  894133097 <br> Creditor # : 27 <br> Central Finl Control <br> PO BOX 66051 <br> Anaheim CA 92816 | | 2009-04-14 <br> Medical Bill <br> Original Creditor: Sierra Vista <br> Reg. Me | | | | $ 79.00 |
| Account No:  594798240 <br> Creditor # : 28 <br> Central Finl Control <br> PO BOX 66051 <br> Anaheim CA 92816 | | 2006-10-24 <br> Medical Bill <br> Original Creditor: Sierra Vista <br> Reg. Me | | | | $ 132.00 |
| Account No:  183116 <br> Creditor # : 29 <br> Coastal Anesthesiology <br> PO BOX 6406 <br> Santa Maria CA 93456 | C | 2011/10 <br> Medical Bill <br> Original Creditor: French Hospital | | | | $ 235.72 |
| Account No:  TCCILIG8303221923 <br> Creditor # : 30 <br> Coll Connect <br> 6450 Bellingham Ave <br> North Hollywood CA 91606 | | 2007-05-31 <br> Unsecured debt <br> Original Creditor: 01 Light Relief | | | | $ 210.00 |

Sheet No. _6_ of _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ........................... $ 717.72

Total $ ...........................
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _William R. Murray   and Jerrie L. Murray_ _____ ,    Case No. _9:12-bk-10671-RR_
　　　　　　　　　 **Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:　8200760000562155　 <br> Creditor # : 31 <br> Collection Service/Nev <br> 777 Forest St <br> Reno NV 89509 | | | 2008-01-10 <br> Unsecured debt / Law Suit <br> Orig Cred: Williams Ltd - Action Professionals, Inc v. jennie Murray and Bill Burray Case #LC106579 | | | | $ 7,004.29 |
| Account No:　8200760000562155 <br> Representing: <br> Collection Service/Nev | | | San Luis Obispo Co. Superior <br> 1035 Palm Street <br> Rm 385 <br> San Luis Obispo CA 93408 | | | | |
| Account No:　8200760000562155 <br> Representing: <br> Collection Service/Nev | | | Action Professionals, Inc. <br> PO BOX 2600 <br> Paso Robles CA 93447 | | | | |
| Account No:　06015370225 <br> Creditor # : 32 <br> Credit Collection Services <br> Two Wells Avenue <br> Dept 9135 <br> Newton Center MA 02459 | C | | 2008 <br> Unsecured debt <br> Original Creditor: Encompass Insurance Company | | | | $ 534.30 |
| Account No:　6011380006916084 <br> Creditor # : 33 <br> Direct Merchant Bank/HSBC Bank <br> PO BOX 60136 <br> City of Industry CA 91716 | | | 2011-09-23 <br> Unsecured debt <br> Acct. 43866259 | | | | $ 10,855.00 |
| Account No:　6011380006916084 <br> Representing: <br> Direct Merchant Bank/HSBC Bank | | | Capital Management Services <br> 726 Exchange Street Ste 700 <br> Buffalo NY 14210 | | | | |

Sheet No. ___7___ of ___18___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 　　$ 18,393.59

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  William R. Murray  and Jerrie L. Murray_____,     Case No. 9:12-bk-10671-RR____
                              Debtor(s)                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    6011380006916084 Representing: Direct Merchant Bank/HSBC Bank | | Northland Group Inc PO BOX 390846 Minneapolis MN 55439 | | | | |
| Account No:    6011380006916084 Representing: Direct Merchant Bank/HSBC Bank | | LVNV Funding LLC PO BOX 740281 Houston TX 77274 | | | | |
| Account No:    6011380006916084 Representing: Direct Merchant Bank/HSBC Bank | | Tate & Kirlin Associates 2810 Southampton Rd. Philadelphia PA 19154 | | | | |
| Account No:    114685 Creditor # : 34 Dura Medic PO BOX 2728 Austin TX 78768 | C | 2011/08 Medical Bill | | | | $ 30.06 |
| Account No:    V048256341 Creditor # : 35 Exempla-Lutheran Hospital Dept 9107 Denver CO 80281 | C | 01/2007 Medical Bill | | | | $ 145.53 |
| Account No:    102980010205 Creditor # : 36 FC&A Publishing PO BOX 2062 Peachtree City GA 30269 | C | 02/2011 Unsecured debt Chase #011798638 | | | | $ 35.92 |

Sheet No.   8  of   18  continuation sheets attached to Schedule of     Subtotal $     $ 211.51
Creditors Holding Unsecured Nonpriority Claims                           Total $
                                                                         (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                         Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re William R. Murray  and Jerrie L. Murray _____ ,        Case No. 9:12-bk-10671-RR
                        Debtor(s)                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  102980010205<br><br>*Representing:*<br>*FC&A Publishing* | | *Chase Receivables*<br>*1247 Broadway*<br>*Sonoma CA 95476* | | | | |
| Account No:  19-440204-6<br><br>*Creditor # : 37*<br>*FC&A Publishing*<br>*PO BOX 2062*<br>*Peachtree City GA 30269* | C | *08/2011*<br>*Unsecured debt* | | | | $ 22.96 |
| Account No:  32320489699311<br><br>*Creditor # : 38*<br>*First Data*<br>*1307 Walt Whitman Rd.*<br>*Melville NY 11747* | C | *2012*<br>*Unsecured debt* | | | | $ 1.00 |
| Account No:  RA315479<br><br>*Creditor # : 39*<br>*Five Cities Medical Imaging*<br>*PO BOX 8100*<br>*Atascadero CA 93423* | C | *2009/10*<br>*Medical Bill* | | | | $ 65.00 |
| Account No:  1208586536<br><br>*Creditor # : 40*<br>*Franchise Tax Board*<br>*PO BOX 942867*<br>*Sacramento CA 94267* | C | *2005*<br>*Assessed Liability Taxes*<br>*2005 Tax Year* | | | | $ 114.02 |
| Account No:  K24943541<br><br>*Creditor # : 41*<br>*French Hospital Medical Center*<br>*File #74937*<br>*Los Angeles CA 90074* | C | *10/25/2011*<br>*Medical Bill*<br>*acct. #FH0015745240 and*<br>*FH0015761041* | | | | $ 1,001.05 |

Sheet No.  9  of  18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 1,204.03

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William R. Murray  and Jerrie L. Murray_____,    Case No. _9:12-bk-10671-RR_____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  K24943541 <br> Representing: <br> French Hospital Medical Center | | French Hospital Medical Center <br> 722 E. main Street <br> Ste 201 <br> Santa Maria CA 93456 | | | | |
| Account No:  9579979906630 <br> Creditor # : 42 <br> Ginny's <br> 1112 7th Avenue <br> Monroe WI 53566-1364 | C | 2011 <br> Unsecured debt | | | | $ 172.49 |
| Account No:  003171892 <br> Creditor # : 43 <br> Grant & Weber <br> 26575 West Agoura Rd. <br> Calabasas CA 91302 | J | 2006-03-08 <br> law suit <br> Orig. Cred: Arroyo Grande Commun - <br> Grant & Weber v. Jennie Murray; <br> William Murray Case LC076731 | | | | $ 5,777.03 |
| Account No:  003171892 <br> Representing: <br> Grant & Weber | | Superior Court of California <br> 214 So. 16th Street <br> San Luis Obispo CA 93408 | | | | |
| Account No:  003171892 <br> Representing: <br> Grant & Weber | | Reid L. Steinfeld <br> 26575 W. Agoura Rd. <br> Calabasas CA 91302 | | | | |
| Account No:  25894 <br> Creditor # : 44 <br> Halcyon Laser & Surgery Center <br> 303 South halcyon Rd. <br> Arroyo Grande CA 93420 | C | 07/2005 <br> Medical Bill <br> The Credit Bureau - Packet <br> #0424303-12 | | | | $ 680.00 |

Sheet No.  _10_ of  _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 6,629.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re William R. Murray  and Jerrie L. Murray _____ ,    Case No. 9:12-bk-10671-RR
　　　　　　　　　Debtor(s)                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   25894 Representing: Halcyon Laser & Surgery Center | | The Credit Bureau 1666 Ramona Ave. Grover Beach CA 93483 | | | | |
| Account No:   5406330006245138 Creditor # : 45 HSBC Card PO BOX 60102 City of Industry CA 91716 | C | 2010 Unsecured debt Ref. #FCA94191 | | | | $ 1,872.00 |
| Account No:   5406330006245138 Representing: HSBC Card | | Full Circle Financial Service PO BOX 5629 | | | | |
| Account No:   ZWAK5 Creditor # : 46 Liberty Medical Supply PO BOX 404991 Atlanta GA 30384 | C | 11/2010 Medical Bill | | | | $ 73.87 |
| Account No:   37261 Creditor # : 47 Limberg Eye Surgery, Inc 310 South Halcyon Rd. Ste 102 Arroyo Grande CA 93420 | C | 03/2006 Medical Bill | | | | $ 165.00 |
| Account No:   81605998 Creditor # : 48 Lowes PO BOX 2510 Tuscaloosa AL 35403 | C | 11/2007 Business debt Grandpa's Fudge | | | | $ 753.71 |

Sheet No.  11  of   18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,864.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re William R. Murray  and Jerrie L. Murray _____ ,        Case No. 9:12-bk-10671-RR
_____Debtor(s)_____                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 6011380006916076<br><br>Creditor # : 49<br>Direct Merchant Bank<br>PO BOX 60136<br>City of Industry CA 91716 | | 2011-09-23<br>Unsecured debt<br>Original Creditor: Hsbc Hsbc Card Servi / Redline Acct. ID N5579210 | | | | $ 3,010.00 |
| Account No: 6011380006916076<br><br>Representing:<br>Direct Merchant Bank | | Redline Recovery<br>11675 Rainwater Drive<br>Ste 350<br>Alpharetta GA 30009 | | | | |
| Account No: 6011380006916076<br><br>Representing:<br>Direct Merchant Bank | | Allied Interstate<br>PO BOX 361774<br>Columbus OH 43236 | | | | |
| Account No: 6011380006916076<br><br>Representing:<br>Direct Merchant Bank | | LVNV Funding LLC<br>PO BOX 740281<br>Houston TX 77274 | | | | |
| Account No: 6011380006916076<br><br>Representing:<br>Direct Merchant Bank | | ER Solutions, Inc<br>PO BOX 9004<br>Renton WA 98057 | | | | |
| Account No: 04275834-A2<br><br>Creditor # : 50<br>Masseys<br>PO BOX 2822<br>Monroe WI 53566-8022 | C | 2011<br>Unsecured debt | | | | $ 270.79 |

Sheet No. 12 of 18 continuation sheets attached to Schedule of        Subtotal $        $ 3,280.79
Creditors Holding Unsecured Nonpriority Claims                          Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William R. Murray  and Jerrie L. Murray_____,     Case No. _9:12-bk-10671-RR_
                          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **1400026881**<br>Creditor # : 51<br>Med Stop Urgent Care Center<br>PO BOX 96365<br>Oklahoma City OK 73143 | C | 2008<br>Medical Bill | | | | $ 92.48 |
| Account No: **3147608**<br>Creditor # : 52<br>Medico Dental Adjustment Burea<br>1250 Peach Street<br>Ste C<br>San Luis Obispo CA 93406 | C | 2011<br>Medical Bill | | | | $ 917.99 |
| Account No: **91085263965**<br>Creditor # : 53<br>Mervyns<br>PO BOX 960013<br>Orlando FL 32896 | C | 2008<br>Unsecured debt | | | | $ 5,652.69 |
| Account No: **8526509272**<br>Creditor # : 54<br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego CA 92123 | | 2008-01-10<br>Medical Bill<br>Original Creditor: Tribute<br>Mastercard | | | | $ 1,269.00 |
| Account No: **8526509272**<br>Representing:<br>Midland Credit Mgmt In | | Law Offices of Mitchell N. Kay<br>PO BOX 9006<br>Smithtown NY 11787 | | | | |
| Account No: **MUR5366**<br>Creditor # : 55<br>Nick L. Gunasayan, DPM<br>35 Casa St #320<br>San Luis Obispo CA 93405 | C | 06/2011 | | | | $ 168.62 |

Sheet No. _13_ of _18_ continuation sheets attached to Schedule of        Subtotal $ | $ 8,100.78
Creditors Holding Unsecured Nonpriority Claims                              Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _William R. Murray_ and _Jerrie L. Murray_ _____,   Case No. _9:12-bk-10671-RR_
                    **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  4273<br>Creditor # : 56<br>Northland Group Inc<br>PO BOX 390905<br>MAIL CODE CBK3<br>Minneapolis MN 55439 | C | 2010<br>Unsecured debt<br>Original Creditor: Citibank (South Dakota) | | | | $ 830.16 |
| Account No:  6011568404620908<br>Creditor # : 57<br>Office Dept Credit<br>PO BOX 689020<br>Des Moines IA 50368 | C | 2010<br>Unsecured debt | | | | $ 323.80 |
| Account No:  5291071393824220<br>Creditor # : 58<br>Portfolio Recovery Assoicates<br>Dept 6541<br>PO BOX 1259<br>Oaks PA 19456 | C | 2008<br>Unsecured debt<br>Original Creditor: Capital One Bank USA / Northland Acct. #F11731310 | | | | $ 12,208.86 |
| Account No:  5291071393824220<br>Representing:<br>Portfolio Recovery Assoicates | | Northland Group Inc<br>PO BOX 390846<br>Minneapolis MN 55439 | | | | |
| Account No:  HSBC -76690023073492<br>Creditor # : 59<br>Portfolio Recvry&Affil<br>120 Corporate Blvd<br>Ste 1<br>Norfolk VA 23502 | | 2009-03-24<br>Unsecured debt<br>Original Creditor: Hsbc Card Services / acct. #5176690023073492 | | | | $ 603.00 |
| Account No:  HSBC -76690023073492<br>Representing:<br>Portfolio Recvry&Affil | | ARM<br>PO BOX 129<br>Thorofare NJ 08086-0129 | | | | |

Sheet No. _14_ of  _18_ continuation sheets attached to Schedule of          Subtotal $          $ 13,965.82
Creditors Holding Unsecured Nonpriority Claims                              Total $
                                                     (Use only on last page of the completed Schedule F. Report also on Summary of
                                                     Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re William R. Murray  and Jerrie L. Murray _____ ,    Case No. 9:12-bk-10671-RR
　　　　　　　　　　Debtor(s)                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   1812022810053198 Creditor # : 60 Professional Collection PO BOX 45274 Los Angeles CA 90045 | | 2009-12-09 Unsecured debt Original Creditor: AT& T/cingular Wirele | | | | $ 64.00 |
| Account No:   53704407 Creditor # : 61 Professional Collection Cons PO BOX 45274 Los Angeles CA 90045 | C | 2011 Unsecured debt Original Creditor: AT&T/ CINGULAR acct. 12ORB80027616 | | | | $ 82.17 |
| Account No:   307559-QPRMG Creditor # : 62 Pueblo Radiology Medical Goup PO BOX 2265 Indianapolis IN 46206 | C | 10/2011 Medical Bill | | | | $ 39.59 |
| Account No:   93735111 Creditor # : 63 R.M.S. Collection Notice PO BOX 523 Richfield OH 44286 | C | 2008 Unsecured debt | | | | $ 827.54 |
| Account No:   KKJLA0237 Creditor # : 64 Radio Accounting Service 3312 W. Peterson Chicago IL 60659 | C | 2010 Unsecured debt | | | | $ 560.00 |
| Account No:   00224583831 Creditor # : 65 Readers Digest PO BOX 80010 Prescott AZ 86304-8010 | C | 2008 Unsecured debt | | | | $ 27.44 |

Sheet No.  15  of   18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 1,600.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _William R. Murray_  and _Jerrie L. Murray_ _____ ,      Case No. _9:12-bk-10671-RR_
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  B1744 <br> Creditor # : 66 <br> Richetti Complete Water Soluti <br> 147 Brisco Rd. <br> Arroyo Grande CA 93420 | C | 2011/07 <br> Unsecured debt | | | | $ 2,157.73 |
| Account No.  21308021860M <br> Creditor # : 67 <br> Richmond North Ass <br> PO BOX 963 <br> Buffalo NY 14226 | C | 02/2010 <br> Unsecured debt <br> Original Creditor: Pitney Bowes <br> Meter - Appleton | | | | $ 273.28 |
| Account No.  63803030001 <br> Creditor # : 68 <br> RODALE <br> PO BOX 6001 <br> Emmaus PA 18098 | C | 2012 <br> Unsecured debt | | | | $ 51.04 |
| Account No.  07780590 <br> Creditor # : 69 <br> SKO Brenner American <br> PO BOX 9320 <br> Baldwin NY 11510 | C | 2010/10 <br> Business debt <br> A Better Choice Tax & Prep | | | | $ 1,050.89 |
| Account No.  833594411 <br> Creditor # : 70 <br> Southwest Credit Systems <br> 4120 International Pkwy <br> Ste 1100 <br> Carrollton TX 75007 | C | 2011 <br> Business debt <br> A Better Choice Tax Preparation | | | | $ 3,509.77 |
| Account No.  833594411 <br> Representing: <br> Southwest Credit Systems | | AT&T Mobility <br> PO BOX 6463 <br> Carol Stream IL 60197 | | | | |

Sheet No. _16_ of _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 7,042.71

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _William R. Murray_  and _Jerrie L. Murray_____,    Case No. _9:12-bk-10671-RR___
                             **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 12941098<br><br>Creditor # : 71<br>Synter Resource Group LLC<br>PO BOX 63247<br>North Charleston SC 29419 | C | 2011<br>Unsecured debt<br>Original Creditor: Fedex Freight Systems acct. 412682157 | | | | $ 396.00 |
| Account No: 12941098<br><br>Representing:<br>Synter Resource Group LLC | | R.M.S. Collection Notice<br>PO BOX 523<br>Richfield OH 44286 | | | | |
| Account No: 4352373389048106<br><br>Creditor # : 72<br>Target Nb<br>Mail Stop 2bd  P O Box 9475<br>Minneapolis MN 55440-9475 | | 1996-11-01<br>Unsecured debt | | | | $ 11,611.00 |
| Account No: 011595527<br><br>Creditor # : 73<br>Tenet Sierra Vista Regional<br>BOX 830913<br>Birmingham AL 35283 | C | 03/2009<br>Medical Bill | | | | $ 79.94 |
| Account No: 02-126703-1<br><br>Creditor # : 74<br>Texas Workforce Commission<br>101 E. 15th Street<br>Austin TX 78778 | C | 08/1995<br>Unsecured debt | | | | $ 1,114.26 |
| Account No: 12:A0369118<br><br>Creditor # : 75<br>The Credit Bureau<br>PO BOX 480<br>Grover Beach CA 93483 | C | 2005<br>Medical Bill<br>Original Creditor: Thom Peter MD | | | | $ 288.18 |

Sheet No. _17_ of _18_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal $         $ 13,489.38

                                                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _William R. Murray_  and _Jerrie L. Murray_ _____,      Case No. _9:12-bk-10671-RR_
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    0343003–12<br>Creditor # : 76<br>The Credit Bureau<br>1666 Ramna Avenue<br>Grover Beach CA 93483 | C | 2006<br>Unsecured debt | | | | $ 1,178.60 |
| Account No.    s005117–12<br>Creditor # : 77<br>The Credit Bureau<br>1666 Ramona Avenue<br>Grover Beach CA 93483 | C | 2003<br>Medical Bill<br>Original Creditor: AG Hospital | | | | $ 1,927.15 |
| Account No.    94467–0000937466<br>Creditor # : 78<br>Transworld Systems<br>PO BOX 1864<br>Santa Rosa CA 95402 | C | 2011<br>Unsecured debt | | | | $ 199.00 |
| Account No.    619514<br>Creditor # : 79<br>Yellowbook<br>PO BOX 660062<br>Dallas TX 75266 | C | 02/2009<br>Unsecured debt<br>Rauch-Milliken International<br>ID#258537 | | | | $ 2,468.35 |
| Account No.    619514<br>Representing:<br>Yellowbook | | Rauch-Milliken International<br>PO BOX 8390<br>Metairie LA 70011 | | | | |
| Account No: | | | | | | |

Sheet No. _18_ of _18_ continuation sheets attached to Schedule of      Subtotal $    $ 5,773.10
Creditors Holding Unsecured Nonpriority Claims                                Total $    $ 136,464.67
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _William R. Murray  and Jerrie L. Murray_ _____ / Debtor    Case No. _9:12-bk-10671-RR_
                                                                                      (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re <u>William R. Murray   and Jerrie L. Murray</u>                    / Debtor          Case No. <u>9:12-bk-10671-RR</u>
                                                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re _William R. Murray_  and _Jerrie L. Murray_ _____,    Case No. _9:12-bk-10671-RR_
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Unemployed* | *Bookkeeping / Tax Preparation* |
| Name of Employer | | *A Better Choice Tax Preparation\* |
| How Long Employed | | *11 yrs.* |
| Address of Employer | | *1587 El Camino Real Ste A Arroyo Grande CA  93420* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 0.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other  (Specify): | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): *Social Security* | $ | 835.90 | $ 571.90 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): *Withdrawals* | $ | 0.00 | $ 5,243.91 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 835.90 | $ 5,815.81 |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ | 835.90 | $ 5,815.81 |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | 6,651.71 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re William R. Murray and Jerrie L. Murray _____,    Case No. 9:12-bk-10671-RR
                    Debtor(s)                                        (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,568.00 |
|     a. Are real estate taxes included?    Yes ☐  No ☒ | | |
|     b. Is property insurance included?    Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 700.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 120.00 |
|     d. Other  *Propaine* | $ | 208.33 |
|     Other  *Cell Phones* | $ | 150.00 |
|     Line 2 Continuation Page Total (see continuation page for itemization) | $ | 45.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 552.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 46.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 141.66 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 71.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)  *Property Taxes* | $ | 402.85 |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: *car maintenance* | $ | 40.00 |
|     c. Other: *Registration* | $ | 23.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: *Personal  Hygiene* | $ | 100.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 5,947.84 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 6,651.71 |
|     b. Average monthly expenses from Line 18 above | $ | 5,947.84 |
|     c. Monthly net income (a. minus b.) | $ | 703.87 |

B6J(Official Form 6J)(12/07)-Continuation Page

In re _William R. Murray_  and _Jerrie L. Murray_ _____ ,     Case No. _9:12-bk-10671-RR_
　　　　　　　　**Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

2. (continuation) OTHER UTILITIES

_Direct TV_ ............................................................................................................ | $ | 45.00

　　　　　　　　　　Line 2 Continuation Page Total (seen as line item "2" on Schedule J) | $ | 45.00

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _William R. Murray   and Jerrie L. Murray_ _____   Case No. _9:12-bk-10671-RR_
                            Debtor                                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___31___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _3/2/2012_____      Signature _____
                                        William R. Murray


Date: _3/2/2012_____      Signature _____
                                        Jerrie L. Murray

                              [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re: *William R. Murray*
    *aka Bill R. Murray*
    *and*
    *Jerrie L. Murray*
    *aka Jennie L. Murray*

Case No. *9:12-bk-10671-RR*

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Wife 02/2012* | |
| Year to date:$2,000.00 | *A Better Choice Tax Preparation Bookkeeping Services* |
|    Last Year:$62,927.00 | *A Better Choice Tax Preparation Bookkeeping Services* |
| Year before:$4,3052.00 | *A Better Choice Tax Preparation Bookkeeping Services* |
| | |
| *Husband 02/2012* | |
| Year to date:$0 | |
|    Last Year:$64,096.24 | *Grandpa's Fudge* |
| Year before:$26,140.00 | *Grandpa's Fudge* |

## 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Husband 02/2012* | |
| *Year to date:$1,901.80* | *Social Security* |
| *Last Year:$9,689.20* | *Social Security* |
| *Year before:$11,010.00* | *Social Security* |
| | |
| *Wife 02/2012* | |
| *Year to date:1373.80* | *Social Security* |
| *Last Year:$644.00* | *Social Security* |
| *Year before:$7,945.00* | *Social Security* |

## 3. Payments to creditors

None ☒ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Grant & Weber v. Jennie Murray aka Jennie L. Murray aka Jerrie L. Wilson aka Jerrie* | *Complaint for Money* | *Superior Court of California 214 So. 16th Street Grover Beach, CA 93408* | *Pending* |

Form 7 (04/10)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *L. Murray; William Murray aka William R. Murray aka Bill Murray Case #LC076731* | | | |
| *Action Professionals, Inc. v. Jennie Murray and Bill Murray Case #LC106579* | *Complaint for Money* | *San Luis Obispo Co. Superior Ct.-Gov Cent 1035 Palm Street Rm. 385 San Luis Obispo, CA 93408* | *Levied Bank Account* |

None  ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None  ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None  ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None  ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None  ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Michael B. Clayton<br>Address:<br>400 E. Orange St<br>Santa Maria, CA 93454 | Date of Payment: 2/2012<br>Payor: William R. Murray | $4,500.00 for attorney fee<br>$281.00 for filing fee |

### 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Institution:Heritage Oaks Bank<br>Address:Arroyo Grande Branch, CA | Account Type and No.:Checking Account #3660<br>Final Balance:$0 | Closed on 02/26/12 |

### 12. Safe deposit boxes

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

---

**14. Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None

☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Name:Jerrie Murray a/k/a Jennie Murray*

---

**17. Environmental Information**

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None

☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of

Statement of Affairs - Page 5

Form 7 (04/10)

all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| A Better Choice Tax Preparation and Bokkeeping Services, Inc. | ID:20-4011800 | 1587 El Camino Real Ste A Arroyo Grande, CA 93420 | Prepares Taxes and Bookkeeping | 2003 - Present |
| Grandpas Fudge | ID:6099 | PO BOX 1640 Pismo Beach, CA 93448 | Candy sales | 2005 - 05/2011 |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.    A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

Name:Jerrie Murray                                                 Dates:2005    -
Address:3550 Alisos Rd., Arroyo Grande, CA 93420                   Present

None
☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

Form 7 (04/10)

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Name:Jennie L. Murray<br>Address:PO BOX 1640, Pismo Beach, CA 93448 | CFO | 15% |
| Name:Trina L. McGuire<br>Address:3550 Alisos Rd., Arroyo Grande, CA 93420 | Manager | 15% |
| Name:Taylor McGuire<br>Address:3550 Alisos Rd, Arroyo Grande, CA 93420 | President | 15% |
| Name:Cory Mcguire<br>Address:3550 Alisos Rd., Arroyo Grande, CA, 93420 | Janitor | 14% |
| Name:Spencer McGuire<br>Address:3550 Alisos Rd., Arroyo Grande, CA, 93420 | Secretary | 25% |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Name: Jacob Murray Address: 1015 Almond Drive, Mansfield, TX 76063 | Shareholder | 3% |
| Name: Zachary Murray Address: 1015 Almond Drive, Mansfield, TX 76063 | Shareholder | 10% |
| Name: Michael Murray Address: 1015 Almond Drive, Mansfield, TX 76063 | Shareholder | 3% |

**22. Former partners, officers, directors and shareholders**

None ☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Form 7 (04/10)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that
they are true and correct.

Date   *03/02/2012*          Signature
                             of Debtor

Date   *03/02/2012*          Signature
                             of Joint Debtor
                             (if any)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re *William R. Murray*
    *aka Bill R. Murray*
      *and*
    *Jerrie L. Murray*
    *aka Jennie L. Murray*

Case No.  *9:12-bk-10671-RR*
Chapter  *13*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    *4,500.00*

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $    *4,500.00*

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    *0.00*

2. The source of the compensation paid to me was:
☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
☒ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

     *$2,000.00 to do Adversary Proceeding*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

 *None*

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_03/02/2012_
Date

Signature of Attorney

_Michael B. Clayton And Associates_
Name of Law Firm

February 2006                                                         2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| In re   William R. Murray and   Jerrie L. Murray                                     Debtor(s). | CHAPTER:   13 |
| | CASE NO.:   9:12-bk-10671-RR |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, William R. Murray _____, the debtor in this case, declare under penalty
     **(Print Name of Debtor)**

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
       60-day period prior to the date of the filing of my bankruptcy petition.
       *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
       no payment from any other employer.

☑    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, Jerrie L. Murray _____, the debtor in this case, declare under penalty of
     **(Print Name of Joint Debtor, if any)**

perjury under the laws of the United States of America that:

☑    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
       the 60-day period prior to the date of the filing of my bankruptcy petition.
       *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
       no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  03/02/2012 _____     Signature _William R. Murray_____
                                                                           William R. Murray

Date  03/02/2012 _____     Signature _Jerrie L. Murray_____
                                                                           Jerrie L. Murray

# Heritage Oaks Bank
## Expect More

**BUSINESS FIRST BANK**
*A division of* Heritage Oaks Bank
Expect More

1255 E Grand Avenue
Arroyo Grande CA 93420

(805)489-5260

JENNIE L MURRAY
BILL MURRAY
1248 E GRAND AVE
ARROYO GRANDE CA 93420-2429

ACCOUNT NUMBER:
TYPE:  EXPECT THE BEST CHECKING

DATE:                    1/16/12
ENCLOSURES:              0
PAGE:                    1
                    15

We are pleased that our overdraft program has been useful in covering
your inadvertent overdrafts.  You have been assessed charges on six
occasions, which indicates a less costly alternative may be a better
options in managing your money.  We have overdraft lines of credit or
intra-account transfers that are less costly alternatives to the
standard overdraft program.  Excessive use of the program may result
in a loss of eligibility for continued use.  Please contact us about
these options at 805-369-5200.

| Account Name | Account Number | Interest Paid In 2011 | Balance |
|---|---|---|---|
| EXPECT THE BEST CHECKING | | .09 | 61.09 |

EXPECT THE BEST CHECKING      JENNIE L MURRAY                    Acct    7393660
                              BILL MURRAY

|  | | | |
|---|---|---|---|
| Beginning Balance | 12/16/11 | 342.51- | |
| Deposits / Misc Credits | 7 | 1,457.30 | |
| Withdrawals / Misc Debits | 15 | 1,053.70 | |
| ** Ending Balance | 1/16/12 | 61.09 | ** |
| Service Charge | | 10.00 | |
| Average Balance | | 49 | |

## DEPOSITS & MISC CREDITS

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 12/28 | 11.00 | DEC · SEC. | IVR/ONLINE BANKING CR |
| 12/28 | 551.20 | SOCIAL | Federal Benefit Payment US TREASURY 303/XXSOC SEC |
| 12/29 | 100.00 | | IVR/ONLINE BANKING CR |
| 12/30 | 200.00 | | IVR/ONLINE BANKING CR |
| 1/05 | 80.00 | | DEPOSIT |
| 1/11 | 500.00 | | DEPOSIT |
| 1/12 | 15.10 | | Federal Benefit Payment US TREASURY 303/XXSOC SEC |





Equal Housing Lender

Equal Opportunity Lender

Heritage Oaks Bank
Expect More

BUSINESS FIRST BANK
*A division of* Heritage Oaks Bank
Expect More

JENNIE L MURRAY

ACCOUNT NUMBER:
DATE:                    1/16/12
PAGE:                         2
                         15

## MISCELLANEOUS DEBITS

| Date  | Deposits | Withdrawals | Activity Description |
|-------|----------|-------------|----------------------|
| 12/22 |          | 15.00       | 1st Continuous Overdraft Charge |
| 12/27 |          | 28.00       | Insufficient Funds Charge for |
|       |          |             | 1 items at 28.00 per item |
| 12/28 |          | 79.83       | SAFECO INSURANCE/INS PREM |
| 12/28 |          | 96.16       | STATE FARM RO 08/SFPP |
| 1/03  |          | 17.00       | GE CAPITAL/PAYMENT |
| 1/03  |          | 143.25      | TRAVELERS INSUR/RDP INSURA |
| 1/05  |          | 50.00       | IVR/ONLINE BANKING DR |
| 1/10  |          | 70.46       | ATT/Payment |
| 1/10  |          | 300.00      | PACIFIC GAS/ELEC/ONLINE PMT |
| 1/10  |          | 56.00       | Overdraft Charge for 2 items |
|       |          |             | at 28.00 per item |
| 1/12  |          | 28.00       | Insufficient Funds Charge for |
|       |          |             | 1 items at 28.00 per item |
| 1/13  |          | 10.00       | SC Balance Requirement Fee |

## ATM/POS TRANSACTION SUMMARY

| Date  | Deposits | Withdrawals | Location |
|-------|----------|-------------|----------|
| 12/30 |          | 60.00       | ATM WITHDRAWAL |
|       |          |             | HERITAGE OAKS 1255 E GRAND |
|       |          |             | ARROYO GRANDE CA |
|       |          |             | *****6990 12/29 16:54 |
| 1/03  |          | 80.00       | ATM WITHDRAWAL |
|       |          |             | HERITAGE OAKS 1255 E GRAND |
|       |          |             | ARROYO GRANDE CA |
|       |          |             | *****6990 12/31 16:41 |
| 1/06  |          | 20.00       | POS PURCHASE |
|       |          |             | MASSEYS #9 800-627-7397 WI |
|       |          |             | 0000001974742 |





* Denotes Interruption in Check Number Sequence
NOTICE: See Statement Back for Additional Information

Equal
Housing
Lender

Equal
Opportunity
Lender

**Heritage Oaks Bank**
*Expect More*

**BUSINESS FIRST BANK**
*A division of Heritage Oaks Bank*
*Expect More*

JENNIE L MURRAY

ACCOUNT NUMBER:
DATE:                                          1/16/12
PAGE:                                              3
                                                  15

FEE RECAP

|  | Fees Assessed | | | Fees Refunded | |
| Fee Type | Total for this Period | Prior Period Adjustments | Total Year to Date | Total for this Period | Total Year to Date |
|---|---|---|---|---|---|
| Total NSF Fees | 56.00 | .00 | 28.00 | .00 | .00 |
| Total Overdraft Fees | 71.00 | .00 | 56.00 | .00 | .00 |
| Total Fees | 127.00 | .00 | 84.00 | .00 | .00 |

DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/22 | 357.51- | 12/30 | 240.70 | 1/10 | 416.01- |
| 12/27 | 385.51- | 1/03 | .45 | 1/11 | 83.99 |
| 12/28 | .70 | 1/05 | 30.45 | 1/12 | 71.09 |
| 12/29 | 100.70 | 1/06 | 10.45 | 1/13 | 61.09 |



FDIC

* Denotes Interruption in Check Number Sequence
NOTICE: See Statement Back for Additional Information



Equal Housing Lender    Equal Opportunity Lender

**Heritage Oaks Bank**
Expect More

**BUSINESS FIRST BANK**
*A division of* Heritage Oaks Bank
Expect More

1255 E Grand Avenue
Arroyo Grande CA 93420

(805)489-5260

JENNIE L MURRAY
BILL MURRAY
1248 E GRAND AVE
ARROYO GRANDE CA 93420-2429

ACCOUNT NUMBER:
TYPE:  EXPECT THE BEST CHECKING

DATE:                    1/16/12
ENCLOSURES:                    0
PAGE:                          1
                            15

We are pleased that our overdraft program has been useful in covering
your inadvertent overdrafts.  You have been assessed charges on six
occasions, which indicates a less costly alternative may be a better
options in managing your money.  We have overdraft lines of credit or
intra-account transfers that are less costly alternatives to the
standard overdraft program.  Excessive use of the program may result
in a loss of eligibility for continued use.  Please contact us about
these options at 805-369-5200.

| Account Name | Account Number | Interest Paid In 2011 | Balance |
|---|---|---|---|
| EXPECT THE BEST CHECKING | | .09 | 61.09 |

EXPECT THE BEST CHECKING        JENNIE L MURRAY                  Acct    7393660
                                BILL MURRAY

|  |  |  |  |
|---|---|---|---|
| Beginning Balance | 12/16/11 | 342.51- | |
| Deposits / Misc Credits | 7 | 1,457.30 | |
| Withdrawals / Misc Debits | 15 | 1,053.70 | |
| ** Ending Balance | 1/16/12 | 61.09 | ** |
| Service Charge | | 10.00 | |
| Average Balance | | 49 | |

DEPOSITS & MISC CREDITS

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 12/28 | 11.00 | | IVR/ONLINE BANKING CR |
| 12/28 | 551.20 | | Federal Benefit Payment US TREASURY 303/XXSOC SEC |
| 12/29 | 100.00 | | IVR/ONLINE BANKING CR |
| 12/30 | 200.00 | | IVR/ONLINE BANKING CR |
| 1/05 | 80.00 | | DEPOSIT |
| 1/11 | 500.00 | | DEPOSIT |
| 1/12 | 15.10 | | Federal Benefit Payment US TREASURY 303/XXSOC SEC |





Equal Housing Lender
Equal Opportunity Lender

Heritage Oaks Bank
Expect More

BUSINESS FIRST BANK
A division of Heritage Oaks Bank
Expect More

JENNIE L MURRAY

ACCOUNT NUMBER:
DATE:                    1/16/12
PAGE:                         2
                    15

MISCELLANEOUS DEBITS

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 12/22 | | 15.00 | 1st Continuous Overdraft Charge |
| 12/27 | | 28.00 | Insufficient Funds Charge for 1 items at 28.00 per item |
| 12/28 | | 79.83 | SAFECO INSURANCE/INS PREM |
| 12/28 | | 96.16 | STATE FARM RO 08/SFPP |
| 1/03 | | 17.00 | GE CAPITAL/PAYMENT |
| 1/03 | | 143.25 | TRAVELERS INSUR/RDP INSURA |
| 1/05 | | 50.00 | IVR/ONLINE BANKING DR |
| 1/10 | | 70.46 | ATT/Payment |
| 1/10 | | 300.00 | PACIFIC GAS/ELEC/ONLINE PMT |
| 1/10 | | 56.00 | Overdraft Charge for 2 items at 28.00 per item |
| 1/12 | | 28.00 | Insufficient Funds Charge for 1 items at 28.00 per item |
| 1/13 | | 10.00 | SC Balance Requirement Fee |

ATM/POS TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|
| 12/30 | | 60.00 | ATM WITHDRAWAL HERITAGE OAKS 1255 E GRAND ARROYO GRANDE CA *****6990 12/29 16:54 |
| 1/03 | | 80.00 | ATM WITHDRAWAL HERITAGE OAKS 1255 E GRAND ARROYO GRANDE CA *****6990 12/31 16:41 |
| 1/06 | | 20.00 | POS PURCHASE MASSEYS #9 800-627-7397 WI 0000001974742 |





Equal Housing Lender    Equal Opportunity Lender

**Heritage Oaks Bank**
Expect More

**BUSINESS FIRST BANK**
*A division of* Heritage Oaks Bank
Expect More

1255 E Grand Avenue
Arroyo Grande CA 93420

(805)489-5260

JENNIE L MURRAY
BILL MURRAY
1248 E GRAND AVE
ARROYO GRANDE CA 93420-2429

ACCOUNT NUMBER:
TYPE:   EXPECT THE BEST CHECKING

DATE:                           12/15/11
ENCLOSURES:                            4
PAGE:                                  1
                          15

REMINDER:
To simplify your banking relationship with us, your account has been
converted to our new checking account, Expect the Best Checking.
As a courtesy, we will waive the first month's service charge, should
you incur one.

If you have questions about this new checking account or its features,
please contact your local branch or contact us by phone at 805.369.5200.

| Account Name | Account Number | | Balance |
|---|---|---|---|
| EXPECT THE BEST CHECKING | | | 342.51- |

| EXPECT THE BEST CHECKING | JENNIE L MURRAY | Acct | 7393660 |
|---|---|---|---|
| | BILL MURRAY | | |

|  |  |  |  |
|---|---|---|---|
| Beginning Balance | 11/16/11 | 153.64- | |
| Deposits / Misc Credits | 11 | 2,154.20 | |
| Withdrawals / Misc Debits | 25 | 2,343.07 | |
| ** Ending Balance | 12/15/11 | 342.51- ** | |
| Service Charge | | .00 | |
| | | | |
| Interest Paid Year To Date | | .09 | |
| Average Balance | | 75 | |
| Enclosures | | 4 | |

DEPOSITS & MISC CREDITS

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 11/16 | 300.00 | | DEPOSIT |
| 11/21 | 75.00 | | DEPOSIT |
| 11/23 | 551.20 | | Federal Benefit Payment |
| | | | US TREASURY 303/XXSOC SEC |
| 11/29 | 40.00 | | IVR/ONLINE BANKING CR |
| 11/30 | 100.00 | | IVR/ONLINE BANKING CR |
| 12/01 | 50.00 | | travel |
| 12/01 | 100.00 | | IVR/ONLINE BANKING CR |
| 12/06 | 88.00 | | IVR/ONLINE BANKING CR |
| 12/08 | 300.00 | | IVR/ONLINE BANKING CR |
| 12/12 | 350.00 | | DEPOSIT |

*handwritten notes: NOV. SEC. SOCIAL JENNIE*



FDIC

* Denotes Interruption in Check Number Sequence
NOTICE: See Statement Back for Additional Information



Equal Housing Lender        Equal Opportunity Lender

**Heritage Oaks Bank**
*Expect More*

**BUSINESS FIRST BANK**
*A division of* **Heritage Oaks Bank**
*Expect More*

JENNIE L MURRAY

ACCOUNT NUMBER:
DATE:                    12/15/11
PAGE:                        2
                         15

## DEPOSITS & MISC CREDITS

| Date  | Deposits | Withdrawals | Activity Description |
|-------|----------|-------------|----------------------|
| 12/13 | 200.00   |             | DEPOSIT              |

## MISCELLANEOUS DEBITS

| Date  | Deposits | Withdrawals | Activity Description |
|-------|----------|-------------|----------------------|
| 11/21 |          | 151.17      | GEICO/PREM COLL |
| 11/23 |          | 200.00      | loan |
| 11/25 |          | 35.00       | IVR/ONLINE BANKING DR |
| 11/28 |          | 79.83       | SAFECO INSURANCE/INS PREM |
| 11/28 |          | 143.25      | TRAVELERS INSUR/INSURANCE |
| 11/30 |          | 96.16       | STATE FARM RO 08/SFPP |
| 12/02 |          | 110.00      | IVR/ONLINE BANKING DR |
| 12/05 |          | 17.00       | GE CAPITAL/PAYMENT |
| 12/05 |          | 28.00       | Overdraft Charge for 1 items at 28.00 per item |
| 12/08 |          | 270.00      | IVR/ONLINE BANKING DR |
| 12/09 |          | 300.00      | PACIFIC GAS/ELEC/ONLINE PMT |
| 12/09 |          | 28.00       | Overdraft Charge for 1 items at 28.00 per item |
| 12/09 |          | 28.00       | Insufficient Funds Charge for 1 items at 28.00 per item |
| 12/12 |          | 113.07      | GEICO/PREM COLL |
| 12/12 |          | 56.00       | Overdraft Charge for 2 items at 28.00 per item |
| 12/13 |          | 25.00       | Credit One Bank/Payment 0000032856888 |
| 12/13 |          | 25.00       | Credit One Bank/Payment 0000032856907 |
| 12/15 |          | 327.58      | ATT/RDP Paymen |
| 12/15 |          | 28.00       | Overdraft Charge for 1 items at 28.00 per item |

## ATM/POS TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|





Equal Housing Lender    Equal Opportunity Lender



**Heritage Oaks Bank** — Expect More

**BUSINESS FIRST BANK** — *A division of Heritage Oaks Bank* — Expect More

JENNIE L MURRAY

ACCOUNT NUMBER:
DATE:                12/15/11
PAGE:                    3
                      15

## ATM/POS TRANSACTION SUMMARY

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|
| 12/01 | | 100.00 | ATM WITHDRAWAL HERITAGE OAKS 1255 E GRAND ARROYO GRANDE CA *****6990 12/01 10:09 |
| 12/06 | | 40.00 | ATM WITHDRAWAL HERITAGE OAKS 1255 E GRAND ARROYO GRANDE CA *****6990 12/06 09:26 |

## CUSTOMER CHECKS

* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 12/12 | 1940 | .01 | 11/25 | 8370* | 60.00 | 11/25 | 20223* | 12.00 |
| 11/17 | 8361* | 70.00 | | | | | | |

## FEE RECAP

| | Fees Assessed | | | Fees Refunded | |
|------|---|---|---|---|---|
| Fee Type | Total for this Period | Prior Period Adjustments | Total Year to Date | Total for this Period | Total Year to Date |
| Total NSF Fees | 28.00 | .00 | 28.00 | .00 | .00 |
| Total Overdraft Fees | 140.00 | .00 | 1,108.00 | .00 | .00 |
| Total Fees | 168.00 | .00 | 1,136.00 | .00 | .00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/16 | 146.36 | 11/25 | 244.39 | 12/01 | 115.15 |
| 11/17 | 76.36 | 11/28 | 21.31 | 12/02 | 5.15 |
| 11/21 | .19 | 11/29 | 61.31 | 12/05 | 39.85- |
| 11/23 | 351.39 | 11/30 | 65.15 | 12/06 | 8.15 |

FDIC

Equal Housing Lender    Equal Opportunity Lender



**BUSINESS FIRST BANK**
*A division of* Heritage Oaks Bank
Expect More

JENNIE L MURRAY

ACCOUNT NUMBER:
DATE:                        12/15/11
PAGE:                               4
                          15

DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/08 | 38.15 | 12/12 | 136.93- | 12/15 | 342.51- |
| 12/09 | 317.85- | 12/13 | 13.07 | | |





Equal
Housing
Lender

Equal
Opportunity
Lender

B22C (Official Form 22C) (Chapter 13) (12/10)

In re  WILLIAM R  MURRAY AND JENNIE L  MURRAY
Debtor(s)

Case number: 9:12-bk-10671-RR
(If known)

| According to the calculations required by this statement: |
| --- |
| ☒ **The applicable commitment period is 3 years.** |
| ☐ **The applicable commitment period is 5 years.** |
| ☐ Disposable income is determined under § 1325(b)(3). |
| ☒ Disposable income is not determined under § 1325(b)(3). |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. REPORT OF INCOME | | | |
| --- | --- | --- | --- | --- |
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☒ **Married. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | **Column A**<br>**Debtor's**<br>**Income** | **Column B**<br>**Spouse's**<br>**Income** | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $0.00 | $0.00 | |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br>**Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | $0.00 | $0.00 | |
| | | a. | Gross receipts | $0.00 | |
| | | b. | Ordinary and necessary business expenses | $0.00 | |
| | | c. | Business income | Subtract Line b from Line a | |
| 4 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** | | $0.00 | $0.00 | |
| | | a. | Gross receipts | $0.00 | |
| | | b. | Ordinary and necessary operating expenses | $0.00 | |
| | | c. | Rent and other real property income | Subtract Line b from Line a | |
| 5 | **Interest, dividends, and royalties.** | | $0.00 | $0.00 | |
| 6 | **Pension and retirement income.** | | $0.00 | $0.00 | |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $0.00 | $0.00 | |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | $0.00 | $0.00 | |
| | | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $950.90 | Spouse $686.90 | |

B22C (Official Form 22C) (Chapter 13) (12/10)    - Cont.                                                                    2

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a.   withdrawal from corporation | $3,184.33 | |
| | | $0.00 | $3,184.33 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $0.00 | $3,184.33 |
| 11 | **Total.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $3,184.33 |

---

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11. | $3,184.33 |
|---|---|---|
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a. $0.00 | |
| | b. $0.00 | |
| | c. $0.00 | |
| | | $0.00 |
| 14 | Subtract Line 13 from Line 12 and enter the result. | $3,184.33 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $38,211.96 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:  CALIFORNIA    b. Enter debtor's household size:   2 | $61,539.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br><br> ☒ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br><br> ☐ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

---

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $3,184.33 |
|---|---|---|
| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a. $0.00 | |
| | b. $0.00 | |
| | c. $0.00 | |
| | | $0.00 |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $3,184.33 |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $38,211.96 |

B22C (Official Form 22C) (Chapter 13) (12/10)   - Cont.                                                           3

| 22 | Applicable median family income. Enter the amount from Line 16. | $61,539.00 |
|---|---|---|

| 23 | Application of § 1325(b)(3). Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 21 is more than the amount on Line 22. Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☒ The amount on Line 21 is not more than the amount on Line 22. Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. Do not complete Parts IV, V, or VI. |
|---|---|

## Part IV. CALCULATION OF DEDUCTIONS ALLOWED FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous. Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 24B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | $ |
|---|---|---|

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

| 25A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 25B | Local Standards: housing and utilities; mortgage/rent expense. Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. Do not enter an amount less than zero. | $ |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| 26 | Local Standards: housing and utilities; adjustment. If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

B22C (Official Form 22C) (Chapter 13) (12/10) - Cont.                                                                 4

| | | |
|---|---|---|
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☒ 0   ☐ 1   ☐ 2 or more. If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy | $ |
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)   ☐ 1   ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/  or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a Line 28. **Do not enter an amount less than zero.** <br><br> a. IRS Transportation Standards, Ownership Costs — $ <br> b. Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 — $ <br> c. Net ownership/lease expense for Vehicle 1 — Subtract Line b from Line a. | $ |
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/  or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a Line 29. **Do not enter an amount less than zero.** <br><br> a. IRS Transportation Standards, Ownership Costs — $ <br> b. Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 — $ <br> c. Net ownership/lease expense for Vehicle 2 — Subtract Line b from Line a. | $ |
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life, or for any other form of insurance.** | $ |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare -- such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)   - Cont.                                                                                              5

| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance listed or health savings accounts listed in Line 39.** | $ |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health that of your dependents. **Do not include any amount previously deducted.** | $ |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 24-37**

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | a. Health Insurance — $<br>b. Disability Insurance — $<br>c. Health Savings Account — $<br><br>Total and enter on Line 39<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |

| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 42 | **Home energy costs.** Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ |

**Subpart C: Deductions for Debt Payment**

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly | | | |
|---|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ Yes  ☐ No |
| b. | | | $ | ☐ Yes  ☐ No |
| c. | | | $ | ☐ Yes  ☐ No |
| d. | | | $ | ☐ Yes  ☐ No |
| e. | | | $ | ☐ Yes  ☐ No |
| | | | Total: Add Lines a - e | $ |

| 48 | **Other payments on secured claims.** If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| d. | | | $ |
| e. | | | $ |
| | | Total: Add Lines a - e | $ |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ |
|---|---|---|

## Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ |
|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and** | |
|---|---|---|

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | $0.00 |
| b. | | $0.00 |
| c. | | $0.00 |
| | | Total: Add Lines a, b, and c |

$0.00

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ |

## Part VI: ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |
|---|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b, and c | $ |

## Part VII: VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|---|---|
| | Date: 03/02/12          Signature: _____ |
| | (Debtor) |
| | Date: 03/02/12          Signature: _____ |
| | (Joint Debtor, if any ) |

Verification of Creditor Mailing List - (Rev. 10/05)                                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Michael B. Clayton_

Address _400 E. Orange St Santa Maria, CA 93454_

Telephone _805 928-5353_

[X]    Attorney for Debtor(s)
[ ]    Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>_In re_    _William R. Murray_<br>        _aka Bill R. Murray_<br>        _aka Bill R. Murray_<br>_and_<br>_Jerrie L. Murray_<br>        _aka Jennie L. Murray_<br>        _aka Jennie L. Murray_ | Case No. _9:12-bk-10671-RR_<br><br>Chapter  _13_ |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _4_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _03/02/2012_

Attorney: _Michael B. Clayton_

Debtor: _William R. Murray_

Joint Debtor: _Jerrie L. Murray_

William R. Murray
PO BOX 1640
Pismo Beach, CA  93448

Action Professionals, Inc
PO BOX 2600
Paso Robles, CA  93447

Arroyo Grande Community Hosp.
722 E. Main Street
Ste 201
Santa Maria, CA  93456


Jerrie L. Murray
3550 Alisos Road
Arroyo Grande, CA  93420

Action Professionals, Inc.
PO BOX 2600
Paso Robles, CA  93447

Arroyo Grande Community Hospit
722 E. Main St
Ste 201
Santa Maria, CA  93456


Michael B. Clayton
400 E. Orange St
Santa Maria, CA  93454

Allied Interstate
PO BOX 60024
City of Industry, CA  91716

Arroyo Grande Community Hospti
File #79375
Los Angeles, CA  90074


Executive Trustee Services LLC
2255 North Ontario Street
Ste 400
Burbank, CA  91504

Allied Interstate
PO BOX 361774
Columbus, OH  43236

Asset Acceptance, LLC
PO BOX 2036
Warren, MI  48090-2023


GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA  50702

American Epress - Blue
PO BOX 981540
El Paso, TX  79998

AT&T Mobility
PO BOX 6463
Carol Stream, IL  60197


Specialized Loan Services
8742 Lucent Blvd. Ste 300
Littleton, CO  80129

American Express - Green
PO BOX 981540
El Paso, TX  79998

AWA Collections
PO BOX 6605
Orange, CA  92863


United States Trustee
21051 Warner Center Lane
Ste 115
Woodland Hills, CA  91367

Appliance Central Cabinets
235 Tank Farm Rd
San Luis Obispo, CA  93401

Bank Of America
Po Box 1598
Norfolk, VA  23501


Action Professionals
591 12th Street
Paso Robles, CA  93446

ARM
PO BOX 129
Thorofare, NJ  08086-0129

Beneficial
PO BOX 60101
City of Industry, CA  91716-01


Action Professionals
591 12th St
Paso Robles, CA  93446

Arroyo Grande Community Hosp
File #749375
Los Angeles, CA  90074

Beth Agron
528 Via Vaquero
Arroyo Grande, CA  93420


Action Professionals Credit Bu
591 12th Street
Paso Robles, CA  93446

Arroyo Grande Community Hosp
PO BOX 6010
Arroyo Grande, CA  93421

Bottom Line Books
PO BOX 361014
Des Moines, IA  50336

Cap One
Po Box 85520
Richmond, VA  23285

Coll Connect
6450 Bellingham Ave
North Hollywood, CA  91606

First Data
1307 Walt Whitman Rd.
Melville, NY  11747

Capital Management Services
726 Exchange Street Ste 700
Buffalo, NY  14210

Collection Service/Nev
777 Forest St
Reno, NV  89509

Five Cities Medical Imaging
PO BOX 8100
Atascadero, CA  93423

Captial One Bank
PO BOX 71083
Charlotte, NC  28272

Credit Collection Services
Two Wells Avenue
Dept 9135
Newton Center, MA  02459

Franchise Tax Board
PO BOX 942867
Sacramento, CA  94267

CB of San Luis Obispo
1666 Ramona Avenue
Grover Beach, CA  93433

Department of Finance Tax
700 H Street,
Rm 1710
Sacramento, CA  95814

Frank L. Freitas
1055 Monterey Street
Rm D-290
San Luis Obispo, CA  93408

CCPC Clinical Lab
PO BOX 8139
San Luis Obispo, CA  93403

Direct Merchant Bank/HSBC Bank
PO BOX 60136
City of Industry, CA  91716

French Hospital Medical Center
File #74937
Los Angeles, CA  90074

Central Coast Pathology
PO BOX 8139
San Luis Obispo, CA  93403

Dura Medic
PO BOX 2728
Austin, TX  78768

French Hospital Medical Center
722 E. main Street
Ste 201
Santa Maria, CA  93456

Central Credit Servcies
PO BOX 15118
Jacksonville, FL  32239

ER Solutions, Inc
PO BOX 9004
Renton, WA  98057

Full Circle Financial Service
PO BOX 5629

Central Finl Control
PO BOX 66051
Anaheim, CA  92816

Exempla-Lutheran Hospital
Dept 9107
Denver, CO  80281

Ginny's
1112 7th Avenue
Monroe, WI  53566-1364

Chase Receivables
1247 Broadway
Sonoma, CA  95476

FC&A Publishing
PO BOX 2062
Peachtree City, GA  30269

Grant & Weber
26575 West Agoura Rd.
Calabasas, CA  91302

Coastal Anesthesiology
PO BOX 6406
Santa Maria, CA  93456

Firsource Advantage LLC
PO BOX 628
Buffalo, NY  14240

Halcyon Laser & Surgery Center
303 South halcyon Rd.
Arroyo Grande, CA  93420

HSBC Card
PO BOX 60102
City of Industry, CA  91716

Mervyns
PO BOX 960013
Orlando, FL  32896

Pueblo Radiology Medical Goup
PO BOX 2265
Indianapolis, IN  46206

Law Offices of Mitchell N. Kay
PO BOX 9006
Smithtown, NY  11787

Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA  92123

R.M.S. Collection Notice
PO BOX 523
Richfield, OH  44286

Liberty Medical Supply
PO BOX 404991
Atlanta, GA  30384

Nick L. Gunasayan, DPM
35 Casa St #320
San Luis Obispo, CA  93405

Radio Accounting Service
3312 W. Peterson
Chicago, IL  60659

Limberg Eye Surgery, Inc
310 South Halcyon Rd.
Ste 102
Arroyo Grande, CA  93420

Northland Group Inc
PO BOX 390905
MAIL CODE CBK3
Minneapolis, MN  55439

Rauch-Milliken International
PO BOX 8390
Metairie, LA  70011

Lowes
PO BOX 2510
Tuscaloosa, AL  35403

Northland Group Inc
PO BOX 390846
Minneapolis, MN  55439

Readers Digest
PO BOX 80010
Prescott, AZ  86304-8010

LVNV Funding LLC
PO BOX 740281
Houston, TX  77274

Office Dept Credit
PO BOX 689020
Des Moines, IA  50368

Redline Recovery
11675 Rainwater Drive
Ste 350
Alpharetta, GA  30009

Direct Merchant Bank
PO BOX 60136
City of Industry, CA  91716

Portfolio Recovery Assoicates
Dept 6541
PO BOX 1259
Oaks, PA  19456

Reid L. Steinfeld
26575 W. Agoura Rd.
Calabasas, CA  91302

Masseys
PO BOX 2822
Monroe, WI  53566-8022

Portfolio Recvry&Affil
120 Corporate Blvd
Ste 1
Norfolk, VA  23502

Richetti Complete Water Soluti
147 Brisco Rd.
Arroyo Grande, CA  93420

Med Stop Urgent Care Center
PO BOX 96365
Oklahoma City, OK  73143

Professional Collection
PO BOX 45274
Los Angeles, CA  90045

Richmond North Ass
PO BOX 963
Buffalo, NY  14226

Medico Dental Adjustment Burea
1250 Peach Street
Ste C
San Luis Obispo, CA  93406

Professional Collection Cons
PO BOX 45274
Los Angeles, CA  90045

RODALE
PO BOX 6001
Emmaus, PA  18098

San Luis Obispo Co. Superior
1035 Palm Street
Rm 385
San Luis Obispo, CA  93408

The Credit Bureau
1666 Ramona Avenue
Grover Beach, CA  93483


SKO Brenner American
PO BOX 9320
Baldwin, NY  11510

The Credit Bureau
1666 Ramna Avenue
Grover Beach, CA  93483


Southwest Credit Systems
4120 International Pkwy
Ste 1100
Carrollton, TX  75007

The Credit Bureau
1666 Ramona Ave.
Grover Beach, CA  93483


State Board of Equalization
111 East Navajo Drive Ste 100
Salinas, CA  93906

The Credit Bureau
PO BOX 480
Grover Beach, CA  93483


Superior Court of California
214 So. 16th Street
San Luis Obispo, CA  93408

Transworld Systems
PO BOX 1864
Santa Rosa, CA  95402


Synter Resource Group LLC
PO BOX 63247
North Charleston, SC  29419

Yellowbook
PO BOX 660062
Dallas, TX  75266


Target Nb
Mail Stop 2bd  P O Box 9475
Minneapolis, MN  55440-9475


Tate & Kirlin Associates
2810 Southampton Rd.
Philadelphia, PA  19154


Tenet Sierra Vista Regional
BOX 830913
Birmingham, AL  35283


Texas Workforce Commission
101 E. 15th Street
Austin, TX  78778