| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Clayton, SBN #151678<br>MICHAEL B. CLAYTON AND ASSOCIATES<br>400 E. Orange Street<br>Santa Maria, CA 93454<br>TEL: 805-928-5353 FAX: 928-5221<br>bankruptcy2@wedefend.net | |
| ☐ Debtor appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>William R. Murray<br><br>Jerrie L. Murray<br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:12-bk-10671-PC<br>CHAPTER: 13<br><br>**NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

**Creditor Name:**  Action Professionals, Inc.

1.  TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2.  NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the grounds set forth below.

3.  **Deadline for Opposition Papers:**
    Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Type of Case:**

a. ☒ A voluntary petition under chapter    ☐7   ☐11   ☐12   ☒ 13 was filed on: 02/17/2012

b. ☐ An involuntary petition under chapter    ☐7   ☐ 11 was filed on: _____

    ☐ An order of relief under chapter       ☐7   ☐ 11 was entered on: _____

c. ☐ An order of conversion to chapter     ☐7   ☐11   ☐12   ☐ 13 was entered on: _____

d. ☐ Other:

5. **Procedural Status:**

a. ☒ Name of trustee appointed *(if any)*: _Chapter 13 Trustee, Elizabeth F. Rojas_

b. ☐ Name of attorney of record for trustee *(if any)*: _____

6. Debtor claims an exemption in the subject real property under:

a. ☐ California Code of Civil Procedure § _____ (Homestead): Exemption amount claimed on

    schedules: $ _____

b. ☒ California Code of Civil Procedure § _703.14(b)(5)_ Exemption amount claimed on

    schedules: $ _0.00_

c. ☐ Other statute *(specify)*: _____

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:

a. Date of entry of judgment *(specify)*: _05/06/2011_
b. Case name *(specify)*: LC106579
c. Docket number *(specify)*: 2011023007
d. Date of recordation of lien *(specify)*: 05/13/2011
e. Recorder's instrument number or map/book/page *(specify)*: _Map CO-1-50_, bk 6, pg 20

8. The property claimed to be exempt is as follows:

a. Street address *(specify)*: _3550 Alisos Rd., Arroyo Grande, CA 93454_

b. Legal description (specify): _See Exhibit F_

     _____ ☒ See attached page

9. Debtor acquired the property claimed exempt on the following date *(specify)*: _____

10. Debtor alleges that the fair market value of the property claimed exempt is: $ _____

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Specialized Loan Servicing, LLC | ☐ | 10/01/2002 | $ 500,000.00 | $ 455,848.64 | 04/17/2012 |
| Specialized Loan Servicing LLC | ☐ | 06/01/2005 | $ 147,126.00 | $ 154,897.00 | 02/16/2012 |
| Action Professionals, Inc. | ☒ | 05/13/2011 | $ 5,977.52 | $ 7,094.49 | 05/13/2012 |
| | ☐ | | $ | $ | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):

   a. ☒ Schedule C listing all exemptions claimed by Debtor, Exhibit A

   b. ☒ Appraisal of the property  Exhibit B

   c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above Exhibit C

   d. ☒ Recorded Abstract of Judgment Exhibit D

   e. ☐ Recorded Declaration of Homestead (Homestead Exemption)

   f. ☒ Declaration(s) Exhibit E

   g. ☒ Other (*specify*): Legal Despribtion, as Exhibit F

13. Total number of attached pages of supporting documentation: _____

14. Debtor declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Date: _12-4-15_

Signature of Debtor

William and Jerrie Murray
Printed name of Debtor

Date: _12/4/15_

Signature of attorney for Debtor

 Michael B. Clayton, SBN #151678
Printed name of attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page 3                    **F 4003-2.1.AVOID.LIEN.RP. MOTION**

# Exhibit A

B6C (Official Form 6C) (04/13)

In re _William R. Murray  and Jerrie L. Murray_ _____,     Case No. _9:12-bk-10671-RR_
                   Debtor(s)                        (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Residence located at 3550 Alisos Rd., Arroyo Grande, CA 93420 | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 440,000.00 |
| Cash on hand | Calif. C.C.P. §703.140(b)(5) | $ 50.00 | $ 50.00 |
| US Bank - Savings Account | Calif. C.C.P. §703.140(b)(5) | $ 400.00 | $ 400.00 |
| US Bank - Silver Elite Checking Account | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 1,000.00 |
| Household goods and furnishings for 4 bedroom House | Calif. C.C.P. §703.140(b)(3) | $ 2,000.00 | $ 2,000.00 |
| Wearing apparel for a family of 2 | Calif. C.C.P. §703.140(b)(3) | $ 300.00 | $ 300.00 |
| Variety of gold jewelry | Calif. C.C.P. §703.140(b)(3) | $ 400.00 | $ 400.00 |
| Life Insurance for Husband through Metlife | Calif. C.C.P. §703.140(b)(5) | $ 1.00 | $ 1.00 |
| A Better Choice Tax Preparation and Bookkeping Services | Calif. C.C.P. §703.140(b)(5) | $ 1.00 | $ 1.00 |
| 1999 Mercury Grand Marquis 50k Good Condition | Calif. C.C.P. §703.140(b)(2) Calif. C.C.P. §703.140(b)(5) | $ 3,525.00 $ 1,075.00 | $ 4,600.00 |
| 2001 Ford Focus 105k Fair Condition | Calif. C.C.P. §703.140(b)(5) | $ 2,803.00 | $ 2,803.00 |

Page No.__1_ of __2_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _William R. Murray   and Jerrie L. Murray_____,    Case No. _9:12-bk-10671-RR_
               Debtor(s)    (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| A Riding Lawn Mower | Calif. C.C.P. §703.140(b)(5) | $ 200.00 | $ 200.00 |

Page No.__2_ of __2_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Exhibit B

File No. 0341-A12

********* INVOICE *********

File Number: 0341-A12                          02/29/2012

LAW OFFICE OF MICHAEL B CLAYTON & A
400 EAST ORANGE ST
SANTA MARIA 93454

Borrower :          WILLIAM & JERRIE MURRAY

Invoice # :         0341-A12
Order Date :        02/23/2012
Reference/Case # :
PO Number :

3550 ALISOS RD
ARROYO GRANDE, CA 93420

|  |  | $ | 600.00 |
|  |  | $ |  |
| | | | |
| | Invoice Total | $ | 600.00 |
| | State Sales Tax @ 0% | $ | 0.00 |
| | Deposit | ($ | 375.00 ) |
| | Deposit | ($ | ) |
| | Amount Due | $ | 225.00 |

Terms:  BALANCE DUE UPON RECEIPT OF APPRAISAL

Please Make Check Payable To:

ADCOCK & ASSOCIATES
165 WEST CLARK AVE
SANTA MARIA, CA 93455

Fed. I.D. #: 77-0493745

File No. 0341-A12

## APPRAISAL OF



### LOCATED AT:

3550 ALISOS RD
ARROYO GRANDE, CA 93420

### FOR:

LAW OFFICE OF MICHAEL B CLAYTON & A
400 EAST ORANGE ST
SANTA MARIA, CA 93454

### BORROWER:

WILLIAM & JERRIE MURRAY

### AS OF:

February 17, 2012

### BY:

GLENN K. BALL



File No. **0341-A12**

LAW OFFICE OF MICHAEL B CLAYTON & A
400 EAST ORANGE ST
SANTA MARIA, CA  93454

File Number:   0341-A12

In accordance with your request, I have appraised the real property at:

3550 ALISOS RD
ARROYO GRANDE, CA 93420

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   February 17, 2012                          is:

$440,000
Four Hundred Forty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

*Glenn K. Ball*

GLENN K. BALL

**UNIFORM RESIDENTIAL APPRAISAL REPORT**    File No. 0341-A12

## Property Description

| | |
|---|---|
| Property Address 3550 ALISOS RD | City ARROYO GRANDE    State CA    Zip Code 93420 |
| Legal Description BRANCH TR PTN LT 18 | County SAN LUIS OBISPO |

Assessor's Parcel No. 047-261-024    Tax Year 2012    R.E. Taxes $ 4,834.00    Special Assessments $ 0.00

**SUBJECT**

Borrower WILLIAM & JERRIE MURRAY    Current Owner MURRY WILLLIAMS & JENNIE T Occupant: [X] Owner    [ ] Tenant    [ ] Vacant

Property rights appraised [X] Fee Simple [ ] Leasehold    Project Type [ ] PUD [ ] Condominium (HUD/VA only)    HOA$ _____ N/A /Mo.

Neighborhood or Project Name ARROYO GRANDE    Map Reference 715H2    Census Tract 0123.02

Sale Price $ N/A    Date of Sale N/A    Description and $ amount of loan charges/concessions to be paid by seller N/A

Lender/Client LAW OFFICE OF MICHAEL B CLAYTON    Address 400 EAST ORANGE ST, SANTA MARIA, CA 93454

Appraiser GLENN K. BALL    Address 165 W. CLARK AVE., SANTA MARIA, CA 93455

**NEIGHBORHOOD**

| Location | [ ] Urban | [X] Suburban | [ ] Rural | Predominant occupancy | Single family housing PRICE $ (000) | AGE (yrs) | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| Built up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | | | | One family 85% | [X] Not likely [ ] Likely |
| Growth rate | [ ] Rapid | [X] Stable | [ ] Slow | [X] Owner | 350 Low | 0 | 2-4 family 5% | [ ] In process |
| Property values | [ ] Increasing | [X] Stable | [ ] Declining | [ ] Tenant | 750 High | 100 | Multi-family 5% | To: |
| Demand/supply | [ ] Shortage | [X] In balance | [ ] Over supply | [X] Vacant (0-5%) | Predominant | | Commercial 5% | |
| Marketing time | [ ] Under 3 mos. | [X] 3-6 mos. | [ ] Over 6 mos. | [ ] Vacant (over 5%) | 475 | 35 | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: TANK FARM RD TO THE NORTH, SAN LUIS OBISPO COUNTY LINE TO THE SOUTH, LOS PADRES NATIONAL FOREST TO THE EAST, HWY 1 ON THE WEST.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): SEE ADDENDUM..........

THIS REPORT IS INTENDED FOR PRIVATE USE ONLY ONLY. THIS REPORT IS NOT INTENDED FOR ANY OTHER USE.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time - - such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): THE EXPOSURE TIME APPEARS TO BE 3-6 MONTHS ACCORDING TO THE MLS. INTEREST BUYDOWNS AND CONCESSIONS APPEAR TO BE MINIMAL. PRICES APPEAR TO BE STABILIZING AFTER PEAKING IN LATE 2005 AND EARLY 2006.

**PUD**

Project Information for PUDs (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?    [ ] YES    [ ] NO

Approximate total number of units in the subject project _____.    Approximate total number of units for sale in the subject project N/A .

Describe common elements and recreational facilities:

**SITE**

| | | |
|---|---|---|
| Dimensions IRREGULAR | | Topography SLIGHT SLOPE |
| Site area 5 ACRES | Corner Lot [ ] Yes [X] No | Size TYPICAL |
| Specific zoning classification and description RR - RESIDENTIAL RURAL | | Shape IRREGULAR |
| Zoning compliance [X] Legal [ ] Legal nonconforming (Grandfathered use) [ ] Illegal [ ] No zoning | | Drainage APPEARS ADEQUATE |
| Highest & best use as improved: [X] Present use [ ] Other use (explain) | | View SETTING |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Street | ASPHALT | [X] | | Landscaping | AVERAGE |
| Gas | [ ] PROPANE/TYP | | Curb/gutter | NONE | | | Driveway Surface | GRAVEL |
| Water | [ ] WELL/TYP | | Sidewalk | NONE | | | Apparent easements | UTILITIES |
| Sanitary sewer | [ ] SEPTIC/TYP | | Street lights | NONE | | | FEMA Special Flood Hazard Area | [ ] Yes [X] No |
| Storm sewer | [ ] NONE | | Alley | NO | | | FEMA Zone C    Map Date 06/03/91 |
| | | | | | | | FEMA Map No. 060304 0733D |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning, use, etc.): NO ADVERSE ELEMENTS OR ENCROACHMENTS NOTED.

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1/GST HS | Foundation | CONCRETE | Slab | YES | Area Sq.Ft. | 0 | Roof | [ ] |
| No. of Stories | ONE | Exterior Walls | WOOD | Crawl Space | NO | % Finished | | Ceiling | [ ] |
| Type (Det./Att.) | DET | Roof Surface | TILE | Basement | NONE | Ceiling | | Walls | [ ] |
| Design (Style) | RANCH | Gutters & Dwnspts. | COMPLETE | Sump Pump | NONE | Walls | | Floor | [ ] |
| Existing/Proposed | EXIST | Window Type | ALUM SLDR | Dampness | CEILING | Floor | | None | [ ] |
| Age (Yrs.) | 1974 | Storm/Screens | NO/ YES | Settlement | NONE NOTED | Outside Entry | | Unknown | [X] |
| Effective Age (Yrs.) | 25 | Manufactured House NO | | Infestation | NONE NOTED | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 0 |
| Level 1 | | 1 | 1 | 1 | | 1 | | 4 | 3 | 1 | | 2,623 |
| Level 2 | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | 0 |

Finished area above grade contains: 8 Rooms;    4 Bedroom(s);    3 Bath(s);    2,623 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | CPT/TL/AVG | Type | RAD | Refrigerator [ ] | None | [ ] | Fireplace(s) # ONE | [X] | None | [ ] |
| Walls | DRYWLL/AVG | Fuel | ELECT | Range/Oven [X] | Stairs | [ ] | Patio CONCRETE | [X] | Garage 4 | # of cars |
| Trim/Finish | WOOD/AVG | Condition AVG | | Disposal [X] | Drop Stair | [ ] | Deck | [ ] | Attached | 4 |
| Bath Floor | TILE/AVG | COOLING | | Dishwasher [X] | Scuttle | [X] | Porch CON/COV | [X] | Detached | -- |
| Bath Wainscot | TILE/AVG | Central NO | | Fan/Hood [ ] | Floor | [ ] | Fence WOOD | [X] | Built-In | -- |
| Doors | WOOD/AVG | Other NONE | | Microwave [ ] | Heated | [ ] | Pool | [ ] | Carport | -- |
| | | Condition TYPICAL | | Washer/Dryer [ ] | Finished | [ ] | GST HOUSE | [X] | Driveway | YES |

Additional features (special energy efficient items, etc.): SEE ADDENDUM.

**COMMENTS**

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction remodeling/additions, etc.: THERE ARE NO APPARENT FUNCTIONAL, PHYSICAL OR EXTERNAL INADEQUECIES NOTED. SEE NOTE REGARDING REPAIRS NEEDED

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: THERE ARE NO KNOWN OR APPARENT ENVIRONMENTAL CONDITIONS THAT WOULD NEGATIVELY IMPACT THE VALUE OF THE PROPERTY.

**UNIFORM RESIDENTIAL APPRAISAL REPORT**  File No. 0341-A12

**Valuation Section**

### COST APPROACH

| ESTIMATED SITE VALUE | = $ | 150,000 |
|---|---|---|

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property):
SEE ATTACHED SKETCH FOR CALC. COST DERIVED FROM MARSHALL/SWIFT COST HANDBOOK SUPPLEMENTED WITH LOCAL KNOWLEDGE OF BUILDING COST. SITE VALUE DERIVED BY EXTRACTION DUE TO LACK OF ANY RECENT LOT SALES IN SUBJECT'S AREA SITE TO IMPROVEMENT VALUE IS TYPICAL FOR THIS AREA. THERE WAS NO EXT OBSOL NOTED. FUNCT OBSOL NOTED FOR CONST COST OF GST HSE/BONUS RM VS. MARKET VALUE

ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS:

| Dwelling 2,623 Sq. Ft. @ $ 125.00 | = $ | 327,875 |
|---|---|---|
| Bsmt. 0 Sq. Ft. @ $ | = | 0 |
| GST HSE/BNS RM | = | 125,000 |
| Garage/Carport 840 Sq. Ft. @ $ 35.00 | = | 29,400 |
| Total Estimated Cost New | = $ | 482,275 |
| Less Physical \| Functional \| External  Est. Remaining Econ. Life: 40 | | |
| Depreciation $150,000\|$75,000\|$0 | = $ | 225,000 |
| Depreciated Value of Improvements | = $ | 257,275 |
| "As-is" Value of Site Improvements | = $ | 40,000 |
| INDICATED VALUE BY COST APPROACH | = $ | 447,300 |

### SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3550 ALISOS RD ARROYO GRANDE | 2081 LAGUNA NEGRA APN 091-391-024, CA 93420 | | 2360 AUTUMN PL APN 091-402-022, CA 93420 | | 269 STANTON ST APN 091-011-029, CA 93420 | |
| Proximity to Subject | | 6.84 miles SSW | | 7.30 miles SSW | | 4.77 miles SSW | |
| Sales Price | $ N/A | $ 475,000 | | $ 465,000 | | $ 490,000 | |
| Price/Gross Liv. Area | $ 0.00 Ø | $ 195.07 Ø | | $ 189.02 Ø | | $ 316.95 Ø | |
| Data and/or Verification Sources | INSPECTION | MLS/REALIST/DOM 24 SLOCA/DOC #46059 | | MLS/REALIST/DOM 100 SLOCA/DOC #99 | | MLS/REALIST/DOM 36 SLOCA/DOC #82123 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing Concessions | N/A | PAID CASH NONE | | CONV NONE | | CONV NONE | |
| Date of Sale/Time | N/A | 09/22/2011 | | 01/03/2012 | | 12/08/2011 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5 ACRES | 2.44+- AC | +26,000 | 2.28 ac | +27,000 | 4.99 AC | |
| View | SETTING | SETTING | | SETTING | | PANRMIC VLLY | -20,000 |
| Design and Appeal | RANCH | RANCH | | RANCH | | RANCH | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 1974 | 1981 | -2,000 | 1985 | -3,000 | 1972 | +1,000 |
| Condition | FAIR | SUPERIOR | -50,000 | SUPERIOR | -50,000 | SUPERIOR | -50,000 |
| Above Grade | Total 9 \| Bdrms 4 \| Baths 3.00 | Total 6 \| Bdrms 3 \| Baths 2.50 | +2,000 | Total 7 \| Bdrms 3 \| Baths 2.50 | +2,000 | Total 8 \| Bdrms 3 \| Baths 2.00 | +4,000 |
| Room Count | | | | | | | |
| Gross Living Area | 2,623 Sq.Ft. | 2,435 Sq.Ft. | +5,000 | 2,460 Sq.Ft. | +4,000 | 1,546 Sq.Ft. | +27,000 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | GST HSE | NONE | +25,000 | GST HSE | | NONE | +25,000 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | RAD/ELEC/NONE | FAU/NONE | | FAU/NONE | | FAU/NONE | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 4-G-A | 3-G-A | +3,000 | 3-G-A | +3,000 | 2-G-A | +6,000 |
| Porch, Patio, Deck, Fireplace(s), etc. | PATIO/PORCH 1 FPL | PATIO/PORCH 1 FPL | | PORCH/PAT 1 FPL | | PATIO/PORCH 1 FPL | |
| Fence. Pool, etc. | FENCING | FENCING | | FENCING | | FENCING | |
| OTHER | BONUS RM | BONUS RM | | LG BNUS RM | -10,000 | LG WRKSHP | -10,000 |
| Net Adj. (total) | | [X] + [ ] - \| $ | 9,000 | [ ] + [X] - \| $ | 27,000 | [ ] + [X] - \| $ | 17,000 |
| Adjusted Sales Price of Comparable | | Gross: 23.8% Net: 1.9% $ | 484,000 | Gross: 21.3% Net: -5.8% $ | 438,000 | Gross: 29.2% Net: -3.5% $ | 473,000 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc. ):  See Attached Addendum.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | NO TRANSFER WITHIN LAST 36 MONTHS. | 09/14/2011 $805347T #44531 | 04/29/2011 $400000T #20671 | NO TRANSFER WITHIN LAST 12 MONTHS. |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:
THE SUBJECT HAS NOT SOLD WITHIN THE LAST 3 YEARS, COMPS 1 AND 2 PRIOR TRANSFERS WERE AS TRUSTEES DEEDS

| INDICATED VALUE BY SALES COMPARISON APPROACH | $ | 440,000 |
|---|---|---|
| INDICATED VALUE BY INCOME APPROACH (If Applicable)  Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A | = $ | 0 |

This appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans and specifications.
Conditions of Appraisal: NONE

Final Reconciliation: THIS REPORT IS MADE AS A COMPLETE SUMMARY APPRAISAL....(SEE ADDENDUM)

### RECONCILIATION

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised   6/93   ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF   02/17/2012
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $   440,000   .

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature [signed] | Signature | [ ] Did [ ] Did Not |
| Name GLENN K. BALL | Name | Inspect Property |
| Date Report Signed 03/05/2012 | Date Report Signed | |
| State Certification # AR030141  State CA | State Certification # | State |
| Or State License # State | Or State License # | State |

Case 9:12-bk-10671-DS   Doc 54   Filed 12/09/15   Entered 12/09/15 16:14:28   Desc

ADCOCK & ASSOCIATES

UNIFORM RESIDENTIAL APPRAISAL REPORT   File No. 0341-A12

**Supplemental Valuation Section**

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| | 3550 ALISOS RD | 550 HIDDEN RANCH WY | | 1836 HUASNA RD | | 1065 CORBETT CYN RD | |
| Address ARROYO GRANDE | | APN 091-111-025, CA 93420 | | APN 047-161-006, CA 93420 | | APN 044-312-052, CA 93420 | |
| Proximity to Subject | | 5.48 miles SSW | | 1.97 miles W | | 2.96 miles WNW | |
| Sales Price | $ N/A | | $ 450,000 | | $ 499,000 | | $ 485,000 |
| Price/Gross Liv. Area | $ 0.00 ⊘ | $ 82.51 ⊘ | | $ 453.64 ⊘ | | $ 256.34 ⊘ | |
| Data and/or | | MLS/REALIST/DOM 18 | | MLS/REALISTDQ | | MLS/REALISTDQ | |
| Verification Sources | INSPECTION | SLOCA/DOC #10113 | | SLOCA/DOM 168 | | SLOCA | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + ( ) $ Adjustment | DESCRIPTION | + ( ) $ Adjustment | DESCRIPTION | + ( ) $ Adjustment |
| Sales or Financing | N/A | PAID CASH | | N/A | | N/A | |
| Concessions | | NONE | | N/A | | N/A | |
| Date of Sale/Time | N/A | 02/29/2011 | | ACTIVE | -40,000 | PENDING | -39,000 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5 ACRES | 5 ACRES | | 3 ACRES | +20,000 | 3.30 ACRES | +17,000 |
| View | SETTING | SETTING | | SETTING | | SETTING | |
| Design and Appeal | RANCH | RANCH | | RANCH | | RANCH | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 1974 | 1967 | +2,000 | 1920 | +16,000 | 1978 | -1,000 |
| Condition | FAIR | FAIR | | SUPERIOR | -50,000 | SUPERIOR | -50,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | -4,000 | Total Bdrms Baths | +8,000 | Total Bdrms Baths | +2,000 |
| Room Count | 9 4 3.00 | 13 6 4.00 | | 5 3 1.00 | | 7 3 2.50 | |
| Gross Living Area | 2,623 Sq.Ft. | 5,454 Sq.Ft. | -71,000 | 1,100 Sq.Ft. | +38,000 | 1,892 Sq.Ft. | +18,000 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | GST HSE | NONE | +25,000 | NONE | +25,000 | NONE | +25,000 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | RAD/ELEC/NONE | FAU/NONE | | WALL/NONE | | RDNT/NONE | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 4-G-A | 4-G-A | | 3-G-A | +3,000 | 2-G-A | +6,000 |
| Porch, Patio, Deck, | PATIO/PORCH | PATIO/PORCH | | PATIO/PORCH | | PATIO/PORCH | |
| Fireplace(s), etc. | 1 FPL | 1 FPL | | 1 FPL | | 1 FPL | |
| Fence, Pool, etc. | FENCING | FENCING | | FENCING | | FENCING | |
| OTHER | BONUS RM | LG SHOP | -10,000 | BARN | -10,000 | LG SHOP | -10,000 |
| Net Adj. (total) | | ☐ + ☒ - $ | 58,000 | ☒ + ☐ - $ | 10,000 | ☐ + ☒ - $ | 32,000 |
| Adjusted Sales Price | | Gross: 24.9% | | Gross: 42.1% | | Gross: 34.6% | |
| of Comparable | | Net: -12.9% $ | 392,000 | Net: 2.0% $ | 509,000 | Net: -6.6% $ | 453,000 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc. ): _____

| ITEM | SUBJECT | COMPARABLE NO. 4 | COMPARABLE NO. 5 | COMPARABLE NO. 6 |
|---|---|---|---|---|
| Date, Price and Data | NO TRANSFER | NO TRANSFER | NO TRANSFER | NO TRANSFER |
| Source for prior sales | WITHIN LAST | WITHIN LAST | WITHIN LAST | WITHIN LAST |
| within year of appraisal | 36 MONTHS. | 12 MONTHS. | 12 MONTHS | 12 MONTHS |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:

SALES COMPARISON ANALYSIS

ADDITIONAL COMMENTS

Borrower: WILLIAM & DEBBIE MURRAY    File No.: 0341-A12
Property Address: 3550 ALISOS RD
City: ARROYO GRANDE    State: CA    Zip: 93420
Lender: LAW OFFICE OF MICHAEL B CLAYTON & A

**INTENT OF APPRAISAL**
APPRAISAL STANDARDS- THE UNDERSIGNED APPRAISER UNDERSTANDS AND ACKNOWLEDGES THAT (I) THIS
APPRAISAL MAY BE USED IN A FEDERALLY RELATED TRANSACTION SUBJECT TO THE REQUIREMENTS OF TITLE
XI OF THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND ENFORCEMENT ACT OF 1989 (FIRREA); (II) THE
OFFICE OF THE CONTROLLER OF THE CURRENCY (OCC) AND THE OFFICE OF THRIFT SUPERVISION (OTS) HAVE
PROMULGATGED REGULATIONS IMPLEMENTING FIRREA (THE 'OCC/OTS REGULATIONS'); (III) THIS APPRAISAL
MUST COMPLY WITH OCC/OTS REGULATIONS. THE UNDERSIGNED APPRAISER ACKNOWLEDGES THAT HE/SHE
HAS READ AND UNDERSTANDS THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE (USPAP)
AS THEY WERE ADOPTED AND MAY BE AMENDED FROM TIME TO TIME BY THE APPRAISAL STANDARDS BOARD
OF THE APPRAISAL FOUNDATION AND AS IMPLEMENTED BY AND UNINCORPORATED INTO THE OCC/OTS
REGULATIONS.

# AREA INFLUENCES

SAN LUIS OBISPO COUNTY IS 150 MILES NORTH OF LOA ANGELES AND 200 MILES SOUTH OF SAN FRANCISCO
AND IS DIVIDED GEOGRAPHICALLY AND POLITICALLY INTO A NORTH AND A SOUTH AREA.  THE NORTH
INCLUDES THE CITIES OF PASO ROBLES, TEMPLETON AND ATASCADERO WITH AN ECONOMY BASED ON
AGRICULTURE AND MANUFACTURING, LOCAL GOVERNMENTS HISTORICALLY HAVE BEEN GROWTH ORIENTED.
IN THE SOUTH ARE SAN LUIS OBISPO, COUNTY SEAT AND SITE OF CAL POLY UNIVERSITY, AS WELL AS MORRO
BAY, PISMO BEACH, GROVER BEACH AND ARROYO GRANDE, AN ECONOMY BASED ON TOURISM, AGRICULTURE
AND RESEARCH AND DEVELOPMENT.  MAJOR EMPLOYERS ARE COUNTY GOVERNMENT, THE UNIVERSITY,
DIABLO NUCLEAR PLANT AND RESEARCH AND DEVELOPMENT FIRMS.  THE SOUTH IS PRIMARILY SLOW
GROWTH ORIENTED, PARTLY AS A RESULT OF WATER SHORTAGES.

THE AREA HAS SEVERAL  SEMI-CUSTOM HOMES AND CUSTOM HOMES OF VARIOUS AGES AND VALUES
THROUGHOUT THE NEIGHBORHOOD.  THE OCEAN, FIVE CITIES AREA, HWY 1 AND HWY 101 ARE ONLY MINUTES
AWAY BY AUTOMOBILE.  ALL THE STANDARD SOCIAL AND BUSINESS OPPORTUNITIES ARE AVAILABLE IN THE
FIVE CITIES AREA.

THE SUBJECT AND ALL COMPS ARE IN THE EMERGENCY EVACUATION ZONE FOR THE DIABLO NUCLEAR POWER
PLANT, AS IS ALL OF SOUTHERN SAN LUIS OBISPO COUNTY.

**ADDITIONAL FEATURES**
REFER TO THE FORM SECTION OF THIS REPORT FOR A BASIC DESCRIPTION OF THE IMPROVEMENTS.  THE TYPE
OF CONSTRUCTION AND MATERIALS UTILIZED ARE TYPICAL FOR THIS AREA.  AN INTERIOR AND EXTERIOR
INSPECTION OF THE PROPERTY WAS MADE TO DETERMINE ITS CONDITION AS THE DATE OF VALUE FOR
LENDING PURPOSES. THE APPRAISER IS NOT A LICENSED BUILDING INSPECTOR AND NOT QUALIFIED TO
RENDER ANY OPINION ON TERMITE DAMAGE, ENVIRONMENTAL HAZARDS OR HIDDEN STRUCTURAL DEFECTS
INCLUDING PLUMBING, ELECTRICAL AND MECHANICAL EQUIPMENT.  ANY APPARENT OR UNUSUAL
DEFICIENCIES  THAT HAVE BEEN NOTED ARE DISCUSSED.

THE SUBJECT IS A RANCH HOME ON  5 ACRES, THE  HOME FEATURES INCLUDE:

4 CAR GARAGE
GUEST UNIT
BONUS RM
LARGE PATIO
EXTENSIVE TILE FLOORING
COV PORCH

THE SUBJECT UTILITIES WERE ON AT THE TIME OF INSPECTION

THE SUBJECT IS LOCATED IN AN AREA WHERE THERE HAVE BEEN NUMEROUS REOS AND SHORT SALES.
STANDARD SALES  DECLINED. IN THE PAST 2 YEARS IN THE SUBJECT COMPETITIVE AREA. HOWEVER, PLEASE
NOTE PRICES APPEAR TO BE STABILIZING AFTER PEAKING IN LATE 2005 AND EARLY 2006.

PROBABLE CAUSE FOR DECLINE IN VALUES ARE REO AND SHORT SALES.

**SALES COMPARISON**
A THOROUGH SEARCH FOR COMPARABLE SALES WAS MADE TO FIND SALES OF PROPERTIES COMPARABLE TO
THE SUBJECT PROPERTY. AFTER CONSIDERATION OF LOCATIONS, DATES OF SALE, PHYSICAL DIFFERENCES
AND SPECIAL CONDITIONS, IN THE APPRAISERS JUDGEMENT, THE COMPARABLES USED ARE THE BEST
INDICATORS OF THE SUBJECT'S VALUE.

ALTHOUGH NO TWO PROPERTIES ARE EXACTLY ALIKE, EXPERIENCE HAS SHOWN THAT ADJUSTMENTS CAN BE
MADE FOR DIFFERENCES BETWEEN THE APPRAISED PROPERTY AND THE COMPARABLE SALES.  DOLLAR
ADJUSTMENTS WERE MADE ONLY FOR THOSE ITEMS JUDGED TO HAVE SIGNIFICANT DIFFERENCES WHICH A
PRUDENT BUYER WOULD OR WOULD NOT PAY FOR THE VARIOUS CHARACTERISTICS (AMENITIES) OF THE
SUBJECT OR THE COMPARABLE PROPERTIES SELECTED. ALL ADJUSTMENTS WERE BASED ON COMPARISON
ANALYSIS (WHERE POSSIBLE), DISCUSSIONS WITH LOCAL REAL ESTATE AGENTS AND OTHER
KNOWLEDGEABLE SOURCES, EXTENSIVE ANALYSIS OF RECENT SALES AND COMPARABLE LISTINGS AND THEIR
OVERALL AFFECT ON MARKET VALUE. ALL ADJUSTMENTS HAVE BEEN ROUNDED TO THE NEAREST $1,000.

ADDENDUM

| Borrower: WILLIAM & JERRIE MURRAY | | File No.: 0341-X12 |
| Property Address: 3550 ALISOS RD | | Case No.: |
| City: ARROYO GRANDE | State: CA | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | |

COMPS EXCEED TYPICAL LENDER GUIDELINES AS TO PROXIMITY TO SUBJECT. HOWEVER, THIS IS NOT UNCOMMON WHEN DEALING WITH PROPERTIES ON ACREAGE.

THE DATA SELECTED FOR THIS ANALYSIS WAS CONSIDERED THE BEST AVAILABLE.   A MAP SHOWING THE LOCATION OF EACH COMPARABLE IS ATTACHED AS WELL AS PHOTOGRAPHS OF EACH SALE.

**LOCATION**

ALL SALES WERE FROM THE SUBJECT'S COMPETITVE AREA. SOME OF THE COMPS ARE OVER 5 MILES FROM THE SUBJECT, THIS IS TYPICAL OF THE AREA.

**SITE**

$10,000 PER ACRE USED TO ADJUST FOR SITE SIZE.

**DESIGN/QUALITY**

ALL WERE AVERAGE QUALITY AND DESIGN.

**AGE**

$300 PER YEAR FOR AGE.

**CONDITION**

**$50,000 WAS MADE FOR CONDITION.**

**VIEW**

**$20,000 ALLOWED FOR COMP 3 VIEW**

**PARKING/WRKSHOP**

$3,000 PER GARAGE SPACE, $20,000 ALLOWED FOR A LRGE WORKSHP, $20,000 FOR A BARN

**ROOM COUNT**

$4,000 ADJUSTMENT FOR A BATHROOM., $2,000 FOR A 1/2 BATH.  NO ADJUSTMENT MADE FOR THE DIFFERENCE IN BDRM COUNT THIS WAS COVERED UNDER THE LIVING AREA ADJUSTMENT

**LIVING AREA**

$20 PER SQ. FT. FOR LIVING AREA.

**GUEST HOUSE**

A $25,000 ADJUSTMENT MADE FOR A GUEST HOUSE, $10,000 FOR A BONUS RM, $20,000 FOR A LARGE BONUS RM.

THE SALES INDICATE A RANGE OF $392,000 - $509,000, SUPPORTING THE SUBJECT'S OPINION OF VALUE

**FINAL RECONCILITATION**
THE APPRAISAL IS MADE 'AS IS'.  THERE ARE NO SPECIAL CONDITIONS OR REQUIREMENTS WHICH NEED TO BE MET TO SUPPORT THE ESTIMATE OF VALUE.  SUBJECT AND OTHER HOMES IN THE SUBJECT NEIGHBORHOOD ARE SIMILAR AND ARE NOT TYPICALLY HELD FOR RENTAL INCOME, SO THE INCOME APPROACH IS NOT CONSIDERED TO BE A VALID INDICATOR OF VALUE.

THE COST APPROACH IS GIVEN MINIMAL WEIGHT BUT IS SUPPORTIVE OF THE ESTIMATED VALUE INDICATED BY THE MARKET DATA APPROACH.

THE MARKET DATA APPROACH IS GIVEN THE GREATEST WEIGHT TO DETERMINE THE SUBJECT'S ESTIMATED VALUE, AS IT REFLECTS THE ACTIONS OF BUYERS AND SELLERS IN THE CURRENT MARKETPLACE. SEVERAL SALES WERE REVIEWED AND COMPARABLES USED WERE JUDGED TO BE SIMILAR TO SUBJECT INDICATING A VALUE OF $440,000

**ADDITIONAL COMMENTS**

THIS REPORT UTILIZES A DIGITAL SIGNITURE AND/OR EDI TRANSMISSION, IT HAS BEEN PREPARED IN COMPLIANCE WITH USPAP GUIDLINES WHICH INCLUDES A SECURE DIGITAL SIGNATURE. SIGNATURE IS TRUE AND AUTHENTIC, SECURITY MEASURES ARE IMPLACE TO PROTECT THE DATA PRODUCED BY APPRAISER.

**NOTE REGARDING PHYSICAL INDADEQUACIES AND SUBJECTS CONDITION**

THE SUBJECT WAS RATED FAIR FOR CONDITION DUE TO OBVIOUS DEFERRED MAINTENANCE ISSUES AND THE

ADDENDUM

| | |
|---|---|
| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0541-X12 |
| Property Address: 3550 ALISOS RD | Case No.: |
| City: ARROYO GRANDE | State: CA   Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | |

NEED FOR SIGNIFICANT REPAIRS INCLUDING; MAJOR LEAKS IN ROOF, WATER CEILING DAMAGE, BROKEN PIPES, FLOOR TILES AND PROBLEMS WITH THE HEATING SYSTEM, DRYROT AND BROKEN DOORS.

THE SUBJECT ALSO HAS 3 WOODEN SHEDS THAT ARE IN POOR CONDITION AND MAY PRESENT A SAFETY HAZARD. SEE PHOTOS

THE GUEST UNIT AND BONUS RM WERE IN AVERAGE CONDITON.

0341-A12

| | |
|---|---|
| Borrower/Client | WILLIAM & JERRIE MURRAY |
| Property Address | 3550 ALISOS RD |
| City ARROYO GRANDE | County SAN LUIS OBISPO    State CA    Zip Code 93420 |
| Lender | LAW OFFICE OF MICHAEL B CLAYTON & A |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a con-
venient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC),
the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC)
and the Federal Reserve.

**This Multi-Purpose Supplemental Addendum is for use with any appraisal. Only those
statements which have been checked by the appraiser apply to the property being appraised.**

### ■ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is
to assist the above-named Lender in evaluating the subject property for lending purposes. This is a federally related transaction.

### ■ EXTENT OF APPRAISAL PROCESS

[X] The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the
subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the com-
parables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source
is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most
reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

[X] The Reproduction Cost is based on  MARSHALL & SWIFT COST HANDBOOK
supplemented by the appraiser's knowledge of the local market.

[X] Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if
present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on
personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site
values from sales of improved properties.

[X] The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not consi-
dered to be meaningful. For this reason, the Income Approach was not used.

[ ] The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the
subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent
Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

[ ] For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to pro-
ject future rents, vacancies and expenses.

### ■ SUBJECT PROPERTY OFFERING INFORMATION

According to  MLS/AGENT                                                                                       the subject property;
[X] has not been offered for sale in the past:  [ ] 30 days  [ ] 1 year  [X] 3 years
[ ] is currently offered for sale for $
[ ] was offered for sale within the past:  [ ] 30 days  [ ] 1 year  [ ] 3 years  for $
[ ] Offering information was considered in the final reconciliation of value.
[ ] Offering information was not considered in the final reconciliation of value.
[ ] Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in
this addendum.

### ■ SALES HISTORY OF SUBJECT PROPERTY

According to  OWNER AND PUBLIC RECORDS                                                                        the subject property;
[ ] has not transferred in the past twelve months.        [X] has not transferred in the past thirty-six months.
[ ] has transferred in the past twelve months.            [ ] has transferred in the past thirty-six months.
[ ] All prior sales which have occurred in the past twelve months are listed below and reconciled to the appraised value, either in the body of the
report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### ■ FEMA FLOOD HAZARD DATA

[X] Subject property is not located in a FEMA Special Flood Hazard Area.
[ ] Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel# | Map Date | Name of Community |
|---|---|---|---|
| C | 060304 0733D | 06/03/91 | UNINCORPORATED SLO COUNTY |

[ ] The community does not participate in the National Flood Insurance Program.
[X] The community does participate in the National Flood Insurance Program.
[X] It is covered by a regular program.
[ ] It is covered by an emergency program.

## ■ CURRENT SALES CONTRACT

[X] The subject property is **currently not under contract.**
[ ] The contract and/or escrow instructions were **not available for review.** The unavailability of the contract is explained later in the addenda section.
[ ] The contract and/or escrow instructions **were reviewed.** The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
|  |  |  |  |

[ ] The contract indicated that personal property **was not included** in the sale.
[ ] The contract indicated that personal property **was included.** It consisted of _____

Estimated contributory value is $ _____

[X] Personal property **was not included** in the final value estimate.
[ ] Personal property **was included** in the final value estimate.
[ ] The contract indicated **no financing concessions** or other incentives.
[ ] The contract indicated **the following concessions** or incentives: _____

[X] If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

## ■ MARKET OVERVIEW

**3-6** _____ months is considered a reasonable marketing period for the subject property based on **ANALYSIS OF SALES AND CURRENT LISTINGS.**

## ■ ADDITIONAL CERTIFICATION

The Appraiser certifies and agrees that:

(1) Their analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3) This appraisal assignment was not based on the requested minimum valuation, a specific valuation, or the approval of a loan.

## ■ ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

## ■ ADDITIONAL COMMENTS

NONE

## ■ APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Appraiser's Signature *Glenn K. Ball*
Appraiser's Name (print) **GLENN K. BALL**      Phone # ( **805** ) **934-3800**
State **CA**   [X] License   [ ] Certification # **AR030141**

Effective Date **02/17/2012**
Date Prepared **03/05/2012**
Tax ID # _____

## ■ CO-SIGNING APPRAISER'S CERTIFICATION

[ ] The co-signing appraiser **has personally inspected** the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser
[ ] The co-signing appraiser **has not personally inspected** the interior of the subject property and:
[ ] **has not inspected** the exterior of the subject property and all comparable sales listed in the report.
[ ] **has inspected** the exterior of the subject property and all comparable sales listed in the report.
The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes a level of inspection performed by co-signing appraiser.
[ ] The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

## ■ CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Co-Signing
Appraiser's Signature _____
Appraiser's Name (print) _____      Phone # ( ____ ) _____
State **CA** _____ [ ] License   [ ] Certification # _____

Effective Date _____
Date Prepared _____
Tax ID # _____

SUBJECT PROPERTY PHOTO ADDENDUM

| Borrower: WILLIAM & JERRIE MURRAY | | File No.: 0341-A12 |
| Property Address: 3550 ALISOS RD | | Case No.: |
| City: ARROYO GRANDE | State: CA | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: February 17, 2012
Appraised Value: $ 440,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY/PHOTO ADDENDUM

| | |
|---|---|
| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0341-A12 |
| Property Address: 3550 ALISOS RD | Case No.: |
| City: ARROYO GRANDE | State: CA    Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | |



**COMPARABLE SALE #1**

2081 LAGUNA NEGRA
APN 091-391-024, CA 93420
Sale Date: 09/22/2011
Sale Price: $ 475,000



**COMPARABLE SALE #2**

2360 AUTUMN PL
APN 091-402-022, CA 93420
Sale Date: 01/03/2012
Sale Price: $ 465,000



**COMPARABLE SALE #3**

269 STANTON ST
APN 091-011-029, CA 93420
Sale Date: 12/08/2011
Sale Price: $ 490,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0341-A12 |
| Property Address: 3550 ALISOS RD | Case No.: |
| City: ARROYO GRANDE | State: CA    Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | |



**COMPARABLE SALE #4**

550 HIDDEN RANCH WY
APN 091-111-025, CA 93420
Sale Date: 02/29/2011
Sale Price: $ 450,000



**COMPARABLE SALE #5**

1836 HUASNA RD
APN 047-161-006, CA 93420
Sale Date: ACTIVE
Sale Price: $ 499,000



**COMPARABLE SALE #6**

1065 CORBETT CYN RD
APN 044-312-052, CA 93420
Sale Date: PENDING
Sale Price: $ 485,000

| | | |
|---|---|---|
| Borrower: WILLIAM & JERRIE MURRAY | | File No.:  0341-A12 |
| Property Address: 3550 ALISOS RD | | Case No.: |
| City: ARROYO GRANDE | State: CA | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | |



| Borrower: WILLIAM & JERRIE MURRAY | | File No.: 0341-A12 |
| --- | --- | --- |
| Property Address: 3550 ALISOS RD | | Case No.: |
| City: ARROYO GRANDE | State: CA | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | |



| Borrower: WILLIAM & JERRIE MURRAY | | File No.: 0341-A12 | |
| Property Address: 3550 ALISOS RD | | Case No.: | |
| City: ARROYO GRANDE | State: CA | Zip: 93420 | |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | | |



Sketch by Apex Medina™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2623.0 | 2623.0 |
| GAR | 4 CAR GARAGE | 840.0 | 840.0 |
| P/P | COV PORCH | 82.5 | |
| | PATIO | 1419.0 | |
| | COV PATIO | 395.0 | 1896.5 |
| OTH | guest unit | 1425.5 | |
| | BONAS RM | 400.0 | |
| | Storage | 120.0 | 1945.5 |

| Net LIVABLE Area | (rounded) | 2623 |
|---|---|---|

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| | 28.0 x | 42.5 | 1190.0 |
| | 5.5 x | 20.0 | 110.0 |
| | 21.0 x | 63.0 | 1323.0 |

| 3 Items | (rounded) | 2623 |
|---|---|---|

File No. 0341-A12

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the Appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc. ) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc. ) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated ) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

File No. **0341-A12**

**APPRAISERS CERTIFICATION:**     The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to , or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report  on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**     If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   3550 ALISOS RD, ARROYO GRANDE, CA 93420

**APPRAISER:**                                                    **SUPERVISORY APPRAISER (only if required)**

Signature: _Glenn K. Ball_                                      Signature: _____
Name: **GLENN K. BALL**                                          Name: _____
Date Signed: **03/05/2012**                                      Date Signed: _____
State Certification #: **AR030141**                              State Certification #: _____
or State License #: _____                              or State License #: _____
State: **CA**                                                    State: _____
Expiration Date of Certification or License: **02/18/2013**      Expiration Date of Certification or License: _____

                                                                 ☐ Did   ☐ Did Not Inspect Property

| Borrower: WILLIAM & JERRIE MURRAY | | | |
|---|---|---|---|
| Property Address: 3550 ALISOS RD | | File No.: 0341-A12 | |
| City: ARROYO GRANDE | State: CA | Case No.: | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | | |



GST HOUSE



BONUS RM



GARAGE

| | |
|---|---|
| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0341-A12 |
| Property Address: 3550 ALISOS RD | Case No.: |
| City: ARROYO GRANDE | State: CA    Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | |

SUBJECT



WATER DAMAGE ON CEILINGS



FAMILY RM



DINING

SUBJECT

| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0341-A12 | |
| Property Address: 3550 ALISOS RD | Case No.: | |
| City: ARROYO GRANDE | State: CA | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | |



WATER DAMAGE TO CEILINGS



WATER DAMAGE ABOVE SHOWER



BATH

SUBJECT

Borrower: WILLIAM & JERRIE MURRAY                                File No.:  0341-A12
Property Address: 3550 ALISOS RD                                 Case No.:
City: ARROYO GRANDE                          State: CA                  Zip: 93420
Lender: LAW OFFICE OF MICHAEL B CLAYTON & A



BDRM



BATH



BATH

SUBJECT

| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0341-A12 |
| Property Address: 3550 ALISOS RD | Case No.: |
| City: ARROYO GRANDE | State: CA | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A |



BDRM



BDRM



RIGHT SIDE

SUBJECT

| | |
|---|---|
| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0341-A12 |
| Property Address: 3550 ALISOS RD | Case No.: |
| City: ARROYO GRANDE | State: CA    Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | |



LEFT SIDE



GST HSE REAR



BDRM

| | |
|---|---|
| Borrower: WILLIAM & JERRIE MURRAY | File No.: 0341-A12 |
| Property Address: 3550 ALISOS RD | Case No.: |
| City: ARROYO GRANDE | State: CA | Zip: 93420 |
| Lender: LAW OFFICE OF MICHAEL B CLAYTON & A | | |



**Kitchen**

Comment:



**Living Area**

Description:

Comment:
HAS BED IN LIVING RM



**Bathroom**

Description:

Comment:

Exhibit C

**210B (12/09)**

# United States Bankruptcy Court

### Central District Of California
### Case No. 9:12-bk-10671-RR
### Chapter 13

In re: Debtor(s) (including Name and Address)

William R. Murray
PO Box 1640
Pismo Beach CA 93448

Jerrie L. Murray
3550 Aliso Road
Arroyo Grande CA 93420

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/30/2013.

Name and Address of Alleged Transferor(s):

Claim No. 5: The Bank of New York Mellon Trust Company, GMAC Mortgage, LLC, ATTN: Bankruptcy Department, 1100 Virginia Drive, Ft. Washington, PA 19034

Name and Address of Transferee:

Specialized Loan Servicing, LLC
Attention Bankruptcy Department
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/01/14

Kathleen J. Campbell
**CLERK OF THE COURT**

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT | Central District of California | | PROOF OF CLAIM |
|---|---|---|---|

| Name of Debtor:<br><br>Jerrie L. Murray and William R. Murray | Case Number:<br><br>9:12-bk-10671-RR | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

The Bank of New York Mellon Trust Company, National Association, as Trustee, fka The Bank of New York Trust Company, N.A., as Trustee, as successor to JPMorgan Chase Bank N.A. as Trustee for RAMP 2003R52.

| Name and address where notices should be sent:<br><br>GMAC Mortgage, LLC<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive<br>Ft. Washington, PA 19034<br><br>Telephone number: 1-800-850-4622    email: | **COURT USE ONLY**<br><br>☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
|---|---|

| Name and address where payment should be sent (if different from above):<br><br>GMAC Mortgage, LLC<br>ATTN: Payment Processing<br>3451 Hammond Avenue<br>Waterloo, IA 50702<br><br>Telephone number: 1-800-850-4622    email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
|---|---|

**1. Amount of Claim as of Date Case Filed:**    $ 455,848.64

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** MONEY LOANED
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** \*\*\*\*\*2165 __ __ | **3a. Debtor may have scheduled account as:** | **3b. Uniform Claim Identifier (optional):** |
|---|---|---|
| | (See instruction #3a) | (See instruction #3b) |

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:  3550 Aliso Road, Arroyo Grande, California 93420

Value of Property: $ 440,000.00*

Annual Interest Rate 4.19 % ☑ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$ 28,346.13

Basis for perfection: Deed of Trust/Mortgage

Amount of Secured Claim: $ 455,848.64

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (12/11)

2

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. Signature: (See instruction #8)

Check the appropriate box.

☐ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Josephine E. Salmon (SBN 206167)
Title:  Attorney
Company:  PITE DUNCAN, LLP
Address and telephone number (if different from notice address above):
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone number:  (858) 750-7600    email:  jsalmon@piteduncan.com

(Signature)    *Josephine Salmon*    April 16, 2012
(Date)

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

11132 Winners Circle Ste 207
Los Alamitos, CA 90720
www.asuitesolution.com

**Suite Solutions**
**ONLINE CREDIT REPORTING CORPORATION**

Tel: (877) 311-1234
Fax: (877) 388-1234
Email: orders@asuitesolution.com

## DEBTOR INFORMATION

Debtor: **WILLIAM R. MURRAY**          Co-Debtor: **JENNIE L. MURRAY**

Present Address: 3550 ALISOS RD.
ARROYO GRANDE, CA 93420

Bureaus Accessed: **Equifax, Experian, TransUnion**

Former Address:

Request ID: DMBPO-2000747          Report Date: 2/16/2012

## PUBLIC RECORD INFORMATION

| Court Number | Docket Number | Date Filed | Liability | Plaintiff | Status Date | Reported By |
|---|---|---|---|---|---|---|
| 3041358 | SQ2011064370 | 11/11 | $2,091 | | | XPN-1 EFX-1 TU-1 |

ADDITIONAL INFORMATION: SAN LUIS OBISPO CO REC , STATE TAX LN

| Z 508734D | 00906021205 | 06/09 | $278 | | | TU-1 |

ADDITIONAL INFORMATION: RECORDER OF DEEDS

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 5  TOTAL $619,805**                                                          **WITHOUT A BALANCE: 18**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last<br>Reported | High Credit<br>Balance<br>Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact<br>Information |
|---|---|---|---|---|---|
| GMAC MORTGAGE<br>7435102165<br>360 MONTHS-REPO | 10/02<br>12/11 | $500,000<br>$448,376 | $2,568<br>MORTGAGE<br>$20,286<br>06/11 | JOINT<br>XPN-1 XPN-2<br>EFX-1 EFX-2<br>TU-1 TU-2 | GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702<br>(800) 766-4622 |
| ADDITIONAL INFORMATION: | colspan | | 120+ SLOW-11/2011 120+ SLOW10/2011 120 SLOW-09/2011 90 SLOW-08/2011 60 SLOW-07/2011 30 SLOW-06/2011 HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , FORECLOSURE PROCEEDINGS STARTED , ACCOUNT DELINQUENT 180 DAYS PAST DUE DATE , CONVENTIONAL REAL ESTATE LOAN | | |
| SPECIALIZED LOAN SERVI<br>1002339356<br>MIN-CHARGE OFF | 06/05<br>01/12 | $147,126<br>$154,897 | $960<br>REVOLVING<br>$7,365<br>08/11 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | SPECIALIZED LOAN SERVI<br>8742 LUCENT BLVD STE 300<br>HIGHLANDS RANCH, CO 80129<br>(720) 241-7200 |
| ADDITIONAL INFORMATION: | | | 120 SLOW-12/2011 120 SLOW-11/2011 90 SLOW-10/2011 60 SLOW-09/2011 30 SLOW-08/2011 30 SLOW-03/2011 30 SLOW-02/2011 60 SLOW-01/2011 60 SLOW-12/2010 30 SLOW-11/2010 30 SLOW-10/2010 60 SLOW-01/2010 TRANSFERRED TO RECOVERY , CHARGED OFF ACCOUNT , HOME EQUITY LINE OF CREDIT - REVOLVING TERMS , BAD DEBT; PLACED FOR COLLECTION; SKIP , CHARGE OFF AMOUNT IS 154897 | | |
| TARGET NB<br>435237338904****<br>CHARGE OFF | 11/96<br>01/12 | $11,611<br>$11,611 | N/A<br>REVOLVING<br>$11,611<br>05/08 | AUTHORIZED<br>EFX-2 TU-2 | TARGET NATIONAL BANK<br>MAIL STOP 2BD P O BOX 9475<br>MINNEAPOLIS, MN 55440-9475 |
| ADDITIONAL INFORMATION: | | | CHARGED OFF ACCOUNT , ACCOUNT CLOSED BY CREDIT GRANTOR , BAD DEBT; PLACED FOR COLLECTION; SKIP | | |

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | Central District of California | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>William R Murray aka Bill R Murray and Jerrie L Murray aka Jennie L Murray | Case Number:<br>9:12-bk-10671-RR |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Action Professionals, Inc | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Action Professionals, Inc<br>PO Box 2600<br>Paso Robles, CA 93447<br><br>FILED<br>MAY 1 | **Court Claim Number:**_____<br>*(if known)*<br><br>Filed on:_____ |
| Telephone number:<br>(805) 239-3020 | |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:     $          7,672.69 | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ✓ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:   Medical, Civil Judgment<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: _____ | |
| 3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| Nature of property or right of setoff:  ✓ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe: | ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| Value of Property:$_____  Annual Interest Rate  10 % | |
| Amount of arrearage and other charges as of time case filed included in secured claim, | |
| if any: $_____   Basis for perfection: _____ | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| Amount of Secured Claim: $  7,094.49   Amount Unsecured: $  578.20 | |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)* | **Amount entitled to priority:**<br><br>$_____ |
| DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| If the documents are not available, please explain: | |

| | FOR COURT USE ONLY |
|---|---|
| Date:<br>5/30/12<br>Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Frederick J. Minton, President | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

COAST RADIOLOGY MEDICAL ASSOCIATES
PO BOX 1507
TEMPLETON CA 934651507
(805)434-4989


MURRAY,WILLIAM
3550 ALISOS RD
ARROYO GRANDE,CA 93420


ACCOUNT: 25857

| Srvc. Date | CPT | Proc. Description | | Charge | Balance | Physician/Insurance |
|---|---|---|---|---|---|---|
| 04/16/2009 | 72148 | | | $215.00 | $75.74 | KVALSTAD, ROBERT |
| | Insurance Payment | 04/29/2009 | | $ 0.00 | | Medicare |
| | Insurance Adjustment | 04/29/2009 | | $139.26 | | -Deductible |
| | Insurance Payment | 05/10/2009 | | $ 0.00 | | Blue Cross |
| | Insurance Adjustment | 05/10/2009 | | $ 0.00 | | -Deductible |

Amount Assigned:                          $75.74
Collection agency interest:              $21.02 **

TOTAL AMOUNT CLAIMED:                     $96.76

** COLLECTION AGENCY INTEREST CALCULATED AT THE RATE OF TEN PERCENT
PER ANNUM UP TO DATE OF BANKRUPTCY FILING **

```
CCPC CLINICAL LAB (LAB)      INQUIRY OPER: KLK  RUN DATE 10/02/09 PAGE    2
---------------------------------------------------------------------
ACCOUNT: 200099618      TEL: (805)489-2960  MOBILE:            COUR #:  0
  WILLIAM MURRAY
                                                 STMT GP:     TYP:
  3550 ALISOS RD                                 DUN CL: 1    RU 1134
  ARROYO GRANDE CA 93420                         PYMT PLAN..:
  ACCOUNT MISC 1..    ACCOUNT MISC 2..      LAST NAME EXT
  COMMENT.........
.....................................................................
     PERSONAL    INSURANCE    COLLECTION    WORK COMP ACCOUNT TOTAL
       375.00        0.00          0.00        0.00        375.00
.....................................................................
LAST STMT: 06/29/09 STMT DELAY:      STMT COUNTER: 3 LAST CHARGE: 04/17/09
LAST PERS PAY:        CUR PERS PAY:      0.00  YTD PERS PAY        0.00
CREDIT DATE:          CREDIT MESSAGE:
PENDING LETTERS:                                 BAD DEBT
LAST LETTERS...:                                 WR-OFF:           0.00
DATES..........:
* ACCOUNT IS IN TICKLER QUEUE: ACTION (ACTION PRFESSIONAL COLLECTION AGENCY)
---------------------------------------------------------------------
            ACCOUNT NOTES                  PERSONAL AGEING
                                          CUR:       0.00
                                          30 :       0.00
                                          60 :       0.00
                                          90 :       0.00
                                          120:       0.00
                                          150:     375.00
                                          180:       0.00
                                          FIN:       0.00
---------------------------------------------------------------------
PAT#: 200099618            HOME: (805)489-2960  MOBILE:
  WILLIAM MURRAY
                                          EMER #:
  3550 ALISOS RD                          DOB: /        AGE: 68
  ARROYO GRANDE CA 93420                  DECEASED:
  SOC SEC:        OTHER ID:               MARITAL: U  SEX: M
  PRI LOC:        PRI PROV:               RACE: Unknown
  PATIENT MISC 1..  PATIENT MISC 2..    LAST NAME EXT
---------------------------------------------------------------------
FIRST/LAST VISIT: 04/17/2009 04/17/2009
RECALL:        REF PHYS:
DX:
---------------------------------------------------------------------
PENDING LETTERS:
LAST LETTERS...:
DATES..........:
---------------------------------------------------------------------
SET: 1          EFFECTIVE: 00/00/0000  EXPIRATION: 00/00/0000
  PRI: CASH CASH PAY ONLY       PCP:
  GRP:               POL:                  SIG DATE: 00/00/0000
  WILLIAM MURRAY
  3550 ALISOS RD                           DOB:     /1941
  ARROYO GRANDE CA 93420                   SEX: M
  PHONE: (805)489-2960    DED:        DATE MET:      REL: 1
---------------------------------------------------------------------
PATIENT DATA SET
                   OOC CITY    :
                   OOC PROVENCE:
                   OOC COUNTRY :
                   OOC POSTAL  :
---------------------------------------------------------------------
CHG-# CTRL  PAT    DOC TRNCODE/MO  DESCRIPTION  INS    AMOUNT  DATE
            POS    DX       SET# NAME      HISTORY #

1686403  983 WILLIA CPL 9900S /GA  SPECIAL HAND CASH/PS   35.00 04/17/09
         CCPL  78650    1                         2*
             ** POSTED: 04/28/09 IMPRT **
1686403 *TOTAL*             DUE FROM    CASH/PS   35.00 AGE= 157

1686404  983 WILLIA CPL 83880    NATRIURETIC CASH/PS  82.00 04/17/09
         CCPL  78650    1                         2*
             ** POSTED: 04/28/09 IMPRT **
1686404 *TOTAL*             DUE FROM    CASH/PS   82.00 AGE= 157
```

CCPC CLINICAL LAB (LAB)      INQUIRY  OPER: KLW    RUN DATE 10/02/09 PAGE    2

```
1686405   983 WILLIA CPL 84153       PSA TOTAL    CASH/PS   44.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686405 *TOTAL*                       DUE FROM     CASH/PS   44.00  AGE= 157

1686406   983 WILLIA CPL 21700       TSH          CASH/PS   40.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686406 *TOTAL*                       DUE FROM     CASH/PS   40.00  AGE= 157

1686407   983 WILLIA CPL 86141       HIGH SENSITI CASH/PS   31.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686407 *TOTAL*                       DUE FROM     CASH/PS   31.00  AGE= 157

1686408   983 WILLIA CPL 21900       ALT          CASH/PS   13.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686408 *TOTAL*                       DUE FROM     CASH/PS   13.00  AGE= 157

1686409   983 WILLIA CPL 83090       HOMOCYSTEINE CASH/PS   41.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686409 *TOTAL*                       DUE FROM     CASH/PS   41.00  AGE= 157

1686410   983 WILLIA CPL 85025       COMPLETE BLO CASH/PS   19.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686410 *TOTAL*                       DUE FROM     CASH/PS   19.00  AGE= 157

1686411   983 WILLIA CPL 10000       VENIPUNCTURE CASH/PS    8.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686411 *TOTAL*                       DUE FROM     CASH/PS    8.00  AGE= 157

1686412   983 WILLIA CPL 84403       TESTOSTERONE CASH/PS   62.00  04/17/09
              CCPL   78650       1                          2*
              ** POSTED: 04/28/09 IMPRT **
1686412 *TOTAL*                       DUE FROM     CASH/PS   62.00  AGE= 157
----------------------------------------------------------------------------
```

Amount Assigned:                              $375.00
Collection agency interest:                   $106.44   **

TOTAL AMOUNT CLAIMED:                         $481.44


** COLLECTION AGENCY INTEREST CALCULATED AT THE RATE OF TEN PERCENT
   PER ANNUM UP TO DATE OF BANKRUPTCY FILING **

common good    privacy    All people Liberty Speak Conscience without discrimination

# California Secretary of State Alex Padilla

Secretary of State Main Website    Business Programs    Notary & Authentications    Elections    Campaign & Lobbying

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, December 01, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | ACTION PROFESSIONALS, INC. |
| Entity Number: | C2870057 |
| Date Filed: | 03/21/2006 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | PO BOX 2600 |
| Entity City, State, Zip: | PASO ROBLES CA 93447 |
| Agent for Service of Process: | FREDERICK J. MINTON |
| Agent Address: | 591 12TH STREET |
| Agent City, State, Zip: | PASO ROBLES CA 93446 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2015    California Secretary of State

# Exhibit D

Recorded Requested by:

Action Professionals, Inc

When Recorded Mail to:
Action Professionals, Inc
PO Box 2600
Paso Robles, CA   93447

**JULIE RODEWALD**
San Luis Obispo County – Clerk/Recorder

SN
5/13/2011
11:35 AM

Recorded at the request of
**Public**

DOC#:    2011023007

Titles: 1    Pages:    **3**

| | |
|---|---|
| Fees | 20.00 |
| Taxes | 0.00 |
| Others | 20.00 |
| PAID | $40.00 |

Document Title(s)

ABSTRACT OF JUDGMENT
(CIVIL)

Lien notice mailed to debtor at
address shown per Government
Code 27297.5

EJ-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to:  805-239-3020<br><br>Action Professionals, Inc<br>PO Box 2600<br>Paso Robles, CA 93447 | |

☐ ATTORNEY FOR  ☑ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Luis Obispo
STREET ADDRESS: 214 South 16th Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Grover Beach 93433
BRANCH NAME: Grover Beach

*FOR RECORDER'S USE ONLY*

| PLAINTIFF: Action Professionals, Inc | CASE NUMBER: |
|---|---|
| DEFENDANT: Jennie Murray and Bill Murray | LC 106579 |

| ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS  ☐ Amended | FOR COURT USE ONLY |
|---|---|

1. The ☑ judgment creditor ☐ assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's
Name and last known address

┌─────────────────────────┐
│ Jennie Murray            │
│ 3550 Alisos Road         │
│ Arroyo Grande, CA 93420  │
└─────────────────────────┘

b. Driver's license no. [last 4 digits] and state:  ☑ Unknown
c. Social security no. [last 4 digits]: 4946  ☐ Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
mailed to *(name and address):*
Jennie Murray, 3550 Alisos Road, Arroyo Grande, CA 93420

2. ☑ Information on additional judgment
debtors is shown on page 2.

4. ☐ Information on additional judgment
creditors is shown on page 2.

3. Judgment creditor *(name and address):*
Action Professionals, Inc
PO Box 2600, Paso Robles, CA 93447

Date: 5-5-11
Frederick J. Minton, President

5. ☐ Original abstract recorded in this county:
a. Date:
b. Instrument No.:

(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
$ 5977.52
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 9-24-10
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien
is endorsed on the judgment as follows:
a. Amount: $
b. In favor of *(name and address):*

11. A stay of enforcement has
a. ☑ not been ordered by the court.
b. ☐ been ordered by the court effective until *(date):*

12. a. ☑ I certify that this is a true and correct abstract of the judgment entered in this action.
b. ☐ A certified copy of the judgment is attached.

This abstract issued on *(date):*
MAY - 6 2011

Clerk, by _____ Deputy
T. LaBRECQUE

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

# Exhibit E

## DECLARATION OF GLENN K. BALL

I, GLENN K. BALL, hereby declares:

1.    I am qualified to make this declaration based upon my knowledge of real estate appraising, as more fully set forth in the Uniform Residential Appraisal Report (the "Appraisal"), attached as Exhibit E in Plaintiff's Supplemental Complaint by Debtors' Pursuant to 11 U.S.C. 506(a) and Bankruptcy Rule 3012 to Determine the Value of Security and Creditor Specialized Loan Servicing, Loan, Allowed Secured Claim.

2.    My State Certification License Number is AR030141.

3.    The Appraisal was prepared by me for counsel for Debtors' William R. Murray and Jerrie L. Murray and Attorney William L. Redell of Michael B. Clayton & Associates, for the purpose of determining the value of the real property located at 3550 Aliso Road, Arroyo Grande, CA 93420, (the "Property").

4.    In the course of preparing the Appraisal, I followed the practices and procedures required of my profession in determining the value of the Property. I have no pre-existing relationship with either of the debtors' or with the attorney for the debtors'. I do not own any interest in the Property and have not been offered an interest in the Property. I was compensated for my services.

5.    Based upon the evaluation and analysis prepared, as set forth in the Appraisal, it is my professional opinion that the value of the Property, as of the date shown in the Appraisal, February 17, 2012 is approximately $440,000.00.

I declare under penalty of perjury under the Laws of the State of California that the above is true and correct to the best of my knowledge.

Executed in Santa Maria, State of California, on this 30th day of April 2012

_Glenn K. Ball_

Glenn K. Ball
Appraiser

# Exhibit F

# EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN LUIS OBISPO, State of CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL D OF PARCEL MAP NO. CO-1-50, N THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED JUNE 4, 1971 IN BOOK 6, PAGE 20 OF PARCEL MAPS, IN THE COUNTY RECORDER OF SAID COUTNY.

Parcel ID # 047-261-024

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

400 E. Orange Street, Santa Maria, CA 93454

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _12/09/2015_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (ND) F Rojas
cacb_ecf_nd@ch13wla.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Michael B. Clayton (Attorney for Debtors)
bankruptcy2@wedefend.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _12/09/2015_ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

William Murray and Jerrie Murray (Debtor's)
3550 Alisos Rd.
Arroyo Grande, CA 93420

Hon. Peter Carroll (Judge)
1415 State Street, Ste. 230
Santa Barbara, CA 93101

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/09/2015 | Noemy Bautista | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 4003-2.1.AVOID.LIEN.RP. MOTION**

## Additional Parties Served Via U.S. Mail

### 1st and 2nd Lien Holder

CEO or other Responsible Corporate Officer
Specialized Loan Servicing, LLC
PO BOX 63005
Littleton, CO  80163-6005

CEO or other Responsible Corporate Officer
Specialized Loan Servicing, LLC
8742 Lucent Blvd.
Ste 300
Highlands Ranch, CO  80129-2386
**Served via Certified Mail, Tracking Number 7012 1010 0001 0482 8904**

### Judgment Lien Holder / Creditor

CEO or Other Responsible Corporate Officer
Action Professionals, Inc.
PO BOX 2600
Paso Robles, CA 93447

CEO or Other Responsible Corporate Officer
Fredrick J. Minton  (agent for Creditor)
591 12th Street
Paso Robles, CA 93446
**Served via Certified Mail, Tracking Number 7012 1010 0001 0482 8911**